**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of California

Case number (*if known*): _____ Chapter ____ 11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | SF Oakland Bay LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 99-0365836 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 401 Main St. | PO Box 8301 |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| San Francisco        CA    94105 | Tamuning        GU    96913 |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| San Francisco County | |
| County | |
| | Number        Street |
| | |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 1 of 74

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

812930

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When __ / __ / ____ Case number _____
                                       MM / DD / YYYY

       District _____ When __ / __ / ____ Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When __ / __ / ____
                                             MM / DD / YYYY

       Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
       Number      Street

_____

_____
       City          State     ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 3 of 74

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/22/2025
MM / DD / YYYY

✖ /s/ Joseph Chua
Signature of authorized representative of debtor

Joseph Chua
Printed name

Title President of Mng Member

**18. Signature of attorney**

✖ /s/ Peter Hadiaris
Signature of attorney for debtor

Date 08/22/2025
MM / DD / YYYY

Peter Hadiaris
Printed name

Law Office of Peter N. Hadiaris
Firm name

100 E St., Ste 210
Number        Street

Santa Rosa                                    CA        95404
City                                          State     ZIP Code

(415) 694-0052                                peter@hadiaris.com
Contact phone                                 Email address

122590
Bar number                                    State

SF Oakland Bay LLC

Debtor _____     Case number (*if known*)_____
       First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

Business                          38 Bryant St. San Francisco, CA 94105,
                                  San Francisco County

Official Form 201               **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

**SF OAKLAND BAY, LLC**
**CONSENT OF MEMBERS**

Pursuant to the Operating Agreement of SF Oakland Bay LLC,  the undersigned, being all of the Members, hereby consent to the taking of, and hereby adopt the following resolutions, without holding a meeting as fully effective as if taken at a duly called meeting consistent with Section 5.7.9 of the Operating Agreement:

**RESOLVED:** In the judgment of the Members of the LLC, it is desirable and in the best interests of the LLC, its creditors, and other interested parties that a petition be filed by the LLC seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and further,

**RESOLVED:** the LLC is authorized to execute and file a petition, schedules, statement of financial affairs, and any other pleadings required by law, and to make such disclosures to creditors, the US Trustee, and the court, as required by law for a debtor in chapter 11; and further,

**RESOLVED:** Joseph T Chau, the president of 21st Century Corp., which is currently the managing manager of the LLC may execute documents on behalf of the LLC, and to take any other action which the LLC or its legal counsel may deem necessary or appropriate to file for relief under chapter 11 of the Bankruptcy Code and prosecute the case.  This includes without limitation seeking authority to borrow funds and grant liens or other security, reject executory contracts, contest and settle claims, and propose and seek confirmation of a plan of reorganization or to sell of the assets of the LLC; and further,

**RESOLVED:** the LLC is authorized to retain Peter N. Hadiaris as general bankruptcy counsel for the chapter 11 case, and to pay attorney's fees at his standard hourly rates, as approved by the court when required.  The fee agreement previously signed by Chau on behalf of the LLC is ratified; and further,

**RESOLVED:** the LLC designates Joseph T. Chau and Michael Silva as its authorized representatives in connection with the chapter 11 case; and further,

**RESOLVED:** the LLC authorizes the opening of debtor-in-possession accounts as required by the US Trustee's Office with JP Morgan Chase bank, on its standard terms for those accounts.

[signatures on following page]

Dated:  August 4, 2025


_____           _____
**West Bay Corporation,** member        **21ˢᵗ Century Corp.**, managing member
By: Joseph T. Chau                      By: Joseph T. Chau
President                               President


_____           _____
**Enrico Bautisa**,  member             **Portside-SF Investments, LLC**, member
                                        By: Rodney Jacob, managing member

Dated: August 16, 2025

_____
**West Bay Corporation,** member
By: Joseph T. Chua
President

_____
**21ˢᵗ Century Corp,** managing member
By: Joseph T. Chua
President

_____
**Enrico Bautisa,** member

_____
**Portside-SF Investments, LLC,** member
By: Rodney Jacob, managing member

Created with Scanner Pro

**Fill in this information to identify the case:**

Debtor name    SF Oakland Bay LLC

United States Bankruptcy Court for the:   Northern District of California

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kaufman Dolowich Voluck LLP 135 Crossways Park Dr. 201 Woodbury, NY, 11797 | | Services | Disputed | | | 174,611.72 |
| 2 | CCSF 1 Dr. Carlton B. Goodlet Pl City Hall, Rm 140 San Francisco, CA, 94102 | | property tax on property conveyed to third party in 2014. | Disputed | | | 1,052.80 |
| 3 | Lee, Timothy Oliver, as personal representative of the estate of Robert Harold Lee; Dagny Lee; Krista Lee, as guardian ad litem for Scout Lee, a minor c/o Oliver Taillieu, Esq./BD&J PC 11175 Santa Monica Blvd. | | invasion of privacy | Disputed Unliquidated | | | 0.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

| Debtor | SF Oakland Bay LLC | Case number (if known) |
|--------|--------------------|------------------------|
|        | Name               |                        |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

**Fill in this information to identify the case:**

Debtor name   SF Oakland Bay LLC

United States Bankruptcy Court for the:   Northern District of California

                                               (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

---

**Part 1:**   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B* .......................................   $   6,000,000.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* .....................................   $   416,741.86

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ......................................   $   6,416,741.86

---

**Part 2:**   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................   $   6,438,425.09

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...........................   $   0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................   **+** $   890,045.97

4. **Total liabilities** ...................................................................................
    Lines 2 + 3a + 3b                                     $   7,328,471.06

**Fill in this information to identify the case:**

Debtor name    SF Oakland Bay LLC

United States Bankruptcy Court for the:   Northern District of California

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**     $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of Hawaii | Checking | 8   3   0   4 | $ 27,760.74 |
| 3.2. | See continuation sheet | | | $ 21,603.27 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | Bank of Hawaii | $ 177,377.85 |
|---|---|---|
| 4.2. | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 226,741.86

| **Part 2:** | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | $ |
|---|---|
| 7.2. | $ |

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 12 of 74

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    35,000.00 _____ – _____ 0.00 _____ = ........➔    $ 35,000.00
                             face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    95,000.00 _____ – _____ 0.00 _____ = ........➔    $ 95,000.00
                          face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 130,000.00

---

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                     % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | ___ / ___ / ___ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20.** Work in progress | ___ / ___ / ___ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21.** Finished goods, including goods held for resale | ___ / ___ / ___ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22.** Other inventory or supplies | ___ / ___ / ___ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops—either planted or harvested | $_____ | _____ | $_____ |
| **29.** Farm animals *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31.** Farm and fishing supplies, chemicals, and feed | $_____ | _____ | $_____ |
| **32.** Other farming and fishing-related property not already listed in Part 6 | $_____ | | $_____ |

Case: 25-30699   Doc# 1   Filed: 09/03/25   Entered: 09/03/25 14:54:02   Page 14 of 74

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** computers and other misc office equipment | $_____ | owner's opinion | $ 5,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 5,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Debtor | SF Oakland Bay LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** garage fixtures: RFID readers, security cameras, bike rack, fire extinguishers, other fixtures | $_____ | owner's opinion | $ 15,000.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 15,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 5

| Debtor | SF Oakland Bay LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 parking garage at 401 Main St./38 Bryant St. | fee ownership | $_____ | owner's opinion | $ 6,000,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 6,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

Case: 25-30699   Doc# 1   Filed: 09/03/25   Entered: 09/03/25 14:54:02   Page 17 of 74

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____  0.00 — 0.00 = ➔ $ 0.00
                         Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

property tax reassessment proceeding against CCSF _____    Tax year  2024     $ 40,000.00

_____    Tax year _____    $_____

_____    Tax year _____    $_____

**73. Interests in insurance policies or annuities**

_____    $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim      _____

Amount requested     $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See continuation sheet    _____    $ Unknown

Nature of claim      _____

Amount requested     $_____

**76. Trusts, equitable or future interests in property**

_____    $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 40,000.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 18 of 74

| Debtor | SF Oakland Bay LLC | Case number (if known) |
|--------|-------------------|------------------------|
| | Name | |

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 226,741.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 130,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................➔ | | $ 6,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 40,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 416,741.86 | + 91b. $ 6,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...............   6,416,741.86   ................   $ 6,416,741.86

Case: 25-30699   Doc# 1   Filed: 09/03/25   Entered: 09/03/25 14:54:02   Page 19 of 74

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Chase checking account (MCS) | Checking | 1368 |
| Balance: 18,603.27 | | |
| JP Morgan Chase Bank | Savings | 2689 |
| Balance: 1,000.00 | | |
| JP Morgan Chase Bank | Savings | 5168 |
| Balance: 2,000.00 | | |

**75) Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| claim against PHOA and PMOA | overbilling of electricity passthroughs and improper shifting of costs through PMOA association dues | 1,500,000.00 | Unknown |
| claim against 444 Spear/Otis Elevator | misuse of access to parking garage (excess parking, jamming gate open) | 50,000.00 | Unknown |
| claim against 2 Bryant | unbilled parking license fee increases | 50,000.00 | Unknown |

**Fill in this information to identify the case:**

Debtor name    SF Oakland Bay LLC

United States Bankruptcy Court for the:   Northern District of California

Case number (If known): _____

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
21st Century Corporation

**Describe debtor's property that is subject to a lien**
parking garage at 401 Main St./38 Bryant St.

$ 1,594,201.30    $ 6,000,000.00

**Creditor's mailing address**
PO Box 8308
Tamuning, GU 96913

**Describe the lien**
Agreement you made,

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Date debt was incurred**   04/07/2023

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Portside Master Owner Association, 2nd; 21st Century Corporation, 3rd

**2.2**

**Creditor's name**
Bank of Hawaii

**Describe debtor's property that is subject to a lien**
parking garage at 401 Main St./38 Bryant St., Accounts Receivable, Bank of Hawaii

$ 4,088,955.26    $ 6,307,377.85

**Creditor's mailing address**
111 S King St.
Honolulu, HI 96813

**Describe the lien**
Agreement you made

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   09/19/2016

**Last 4 digits of account number**   5568

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 6,438,425.09

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 21 of 74

| Debtor | SF Oakland Bay LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**
Continental Casualty Co.

**Creditor's mailing address**

151 N Franklin St.
Chicago, IL 60606

**Creditor's email address, if known**

**Date debt was incurred** 09/20/24
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

parking garage at 401 Main St./38 Bryant St., garage fixtures: RFID readers, security cameras, bike rack, fire extinguishers, other fixtures, computers and other misc office equipment, Chase checking account (MCS), Bank of Hawaii

$215,342.46   $6,066,364.01

**Describe the lien**

Judgment, 4th priority as to garage, 2d as to

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.4** **Creditor's name**
Portside Master Owner Association

**Creditor's mailing address**

PO Box 7056
San Francisco, CA 94120

**Creditor's email address, if known**

**Date debt was incurred** 04/01/24
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

parking garage at 401 Main St./38 Bryant St.

$418,155.03   $6,000,000.00

**Describe the lien**

HOA dues,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    

| Debtor | SF Oakland Bay LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | Column A | Column B |
|---|---|---|---|

**Part 1:** Additional Page

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**
US Small Business Administration

**Describe debtor's property that is subject to a lien**

computers and other misc office equipment, Chase checking account (MCS), Accounts Receivable, Bank of Hawaii, Bank of Hawaii

$121,771.04      $358,741.86

**Creditor's mailing address**

2 North St., Ste 320
Birmingham, AL 35203

**Creditor's email address, if known**

**Date debt was incurred** 06/15/2020
**Last 4 digits of account number** 7901

**Describe the lien**

Agreement you made, 2d priority as to A/R a

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.___** **Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____      $_____

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ASAP Collection Services<br>6980 Santa Teresa Blvd #150<br>San Jose, CA, 95119 | Line 2. 4 | _____ |
| Butler Weihmuller Katz Craig LLP<br>400 N Ashley Dr. Ste 2300<br>Tampa, FL, 33602 | Line 2. 3 | _____ |
| Donald P. Gagliardi, Esq./Angius & Terry LLP<br>1990 N California Blvd, Ste 800<br>Wlnut Creek, CA | Line 2. 3 | _____ |
| Portside Home Owners Association<br>c/o The Manor Association, Reg. Agent<br>1820 Gateway Dr. Ste 110<br>San Mateo, CA, 94404 | Line 2. 3 | _____ |
| Ryan J. Reynolds, Esq./Butler Weihmuller Katz Craig LLP<br>18333 Preston Rd. Ste 350<br>Dallas, TX, 75252 | Line 2. 3 | _____ |
| The Manor Association<br>1820 Gateway Dr. Ste 110<br>San Mateo, CA, 9440 | Line 2. 4 | _____ |
| US Small Business Administration<br>409 3rd St. SW<br>Washington, DC, 20416 | Line 2. 5 | 7901 |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Fill in this information to identify the case:

Debtor    SF Oakland Bay LLC

United States Bankruptcy Court for the:   Northern District of California

Case number
(If known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1**   Priority creditor's name and mailing address

    As of the petition filing date, the claim is:
    *Check all that apply.*
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
    $ _____    $ _____

Date or dates debt was incurred
_____

    **Basis for the claim:**

Last 4 digits of account
number   _____

    **Is the claim subject to offset?**
    ☐ No
    ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

    As of the petition filing date, the claim is:
    *Check all that apply.*
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
    $ _____    $ _____

Date or dates debt was incurred
_____

    **Basis for the claim:**

Last 4 digits of account
number   _____

    **Is the claim subject to offset?**
    ☐ No
    ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

    As of the petition filing date, the claim is:
    *Check all that apply.*
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
    $ _____    $ _____

Date or dates debt was incurred
_____

    **Basis for the claim:**

Last 4 digits of account
number   _____

    **Is the claim subject to offset?**
    ☐ No
    ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
21st Century Corp.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 573,672.42

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
Arbi Management Corp.
800 Airport Blvd. Ste 417
Burlingame, CA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** garage management; barred by statute of limitations

$ 41,857.41

Date or dates debt was incurred  12/31/2015
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
CCSF
1 Dr. Carlton B. Goodlet Pl
City Hall, Rm 140
San Francisco, CA 94102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** property tax on property conveyed to third party in 2014.

$ 1,052.80

Date or dates debt was incurred  09/01/2014
Last 4 digits of account number  2042

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Enrico Bautista
1409 Chapin Rd.
Burlingame, CA 94010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 98,851.62

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Kaufman Dolowich Voluck LLP
135 Crossways Park Dr.
201
Woodbury, NY 11797

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 174,611.72

Date or dates debt was incurred  03/16/2023
Last 4 digits of account number  5319

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Lee, Timothy Oliver, as personal representative
of the estate of Robert Harold Lee; Dagny Lee;
Krista Lee, as guardian ad litem for Scout Lee, a
minor
c/o Oliver Taillieu, Esq./BD&J PC
11175 Santa Monica Blvd

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** invasion of privacy

$ Undetermined

Date or dates debt was incurred  04/04/2023
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** <u>7</u>    **Nonpriority creditor's name and mailing address**

Michael Silva
325 Miguel St.
San Francisco, CA 94131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** management services/assistance with trial preparation

$ <u>Undetermined</u>

Date or dates debt was incurred    <u>08/31/24</u>

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>8</u>    **Nonpriority creditor's name and mailing address**

Portside SF Investments
c/o Calvo Jacob & Pangelinan LLP
259 Martyr St., Ste 100
Hagatna, GU 96910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ <u>Unknown</u>

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 890,045.97 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 890,045.97 |

| Fill in this information to identify the case: |
|---|

Debtor name ___SF Oakland Bay LLC___

United States Bankruptcy Court for the: ___Northern District of California___

Case number (If known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 2 parking license agreements with PHOA<br>Lessor | Portside Home Owner Association<br>38 Bryant<br>San Francisco, CA |
| | State the term remaining | perpetuity | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | parking license agreement<br>Lessor | Two Bryant Investors LLC<br>c/o National Registered Agents Inc., registered agent<br>330 N Brand Blvd.<br>Glendale, CA |
| | State the term remaining | perpetuity | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | parking license agreement<br>Lessor | Harbor Lofts Owners' Association<br>c/o Amanda Garcia/CT Corporation System<br>330 N Brand Blvd.<br>Glendale, CA |
| | State the term remaining | perpetuity | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | parking license agreement<br>Lessor | 444 Spear LLC<br>c/o Felicia M. Woynak, reg agent<br>3106 Palisades Rd.<br>Calistoga, CA, 94515 |
| | State the term remaining | perpetuity | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | approximately 240 individual parking license agreements with individual residents of Portside and Harbor Loft condominiums | See Attached Schedule G |
| | State the term remaining | until April, 2026 | |
| | List the contract number of any government contract | | |

| Debtor | SF Oakland Bay LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | garage operating agreement Purchaser | Douglas Parking 1721 Webster St. Oakland, CA, 94612 |
| | **State the term remaining** | indefinite | |
| | **List the contract number o any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | 1997 Awning Approval agreement Lessee | Portside Master Owners Association t. , |
| | **State the term remaining** | indefinite | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | credit card processing Purchaser | Zephire/Fullsteam 15765 North Ridge Dr. Novelty, OH, 44072 |
| | **State the term remaining** | indefinite | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                page 2 of 2

Farook Afsari
Mahvash Afsari
464 Spruce Street
Berkeley, CA 94708


Naman Aggarwal
155 14th Ave
San Francisco, CA 94118


Sarah Anter
38 Bryant Street #309
San Francisco, CA 94105


Arghavan Armand
Behzad Bina
403 Main Street #316
San Francisco, CA 94105


Jonathan Aronson
10575 Fontenelle Way
Los Angeles, CA 90077


AUA Holdings LLC
22525 Salem Ave.
Cupertino, CA 95014


Melissa Baily
Rosalind Baily
403 Main Street #402
San Francisco, CA 94105


Deepak Balakrishna
Aruna Tata
106 Goldhunter Ct
Foster City, CA 94404


John Ballenger
6845 Stanley Ave
Carmichael, CA 95608

Abhita Batra
38 Bryant Street #906
San Francisco, CA 94105


Gordon Bell
1215 Lincoln Ave
Louisville, CO 80027


John Beltramo
Teresa Beltramo
403 Main Street #801
San Francisco, CA 94105


Kristen Beslow
38 Bryant Street #502
San Francisco, CA 94105


Sidharth Bhatia
403 Main Street #808
San Francisco, CA 94105


Anand Bheeman
403 Main Street # 606
San Francisco, CA 94105


Samik Bhowal
38 Bryant Street  #406
San Francisco, CA 94105


Bigwin Holdings LLC
809 Cuesta Dr #141B
Mountain View, CA 94040


Gino Blefari
880 Highlands Circle
Los Altos, CA 94024


Sahar Boroujerdi
544 Addison Ave
Palo Alto, CA 94301-3203

Keith Brown
Felicia Brown
38 Bryant Street #508
San Francisco, CA 94105


Jeanne Buchanan
Sean Nelson
2639 Sleepy Hollow Avenue
Hayward, CA 94545


William Buel
8871 Spectrum Center Blvd Apt 10103
San Diego, CA 92123


Roberta Carcione
Joseph Carcione, Jr.
1817 Oakdell Drive
Menlo Park, CA 94025


Joyce Marie Cave
2915 Leotar Circle
Santa Cruz, CA 95062


Deborah Chan
119 Leroy Pl
San Francisco, CA 94109-4226


Clifford Chang
403 Main Street #613
San Francisco, CA 94105


Li Chuan Chang
99 South Ashton Ave
Millbrae, CA 94030


Dave Charu
44626 Parkmeadow Drive
Fremont, CA 94539


Eitan Chatav

38 Bryant Street #806
San Francisco, CA 94105


Cathryn Chen
Hongmei Li
403 Main Street #420
San Francisco, CA 94105


Chelsea Chen
403 Main Street #501
San Francisco, CA 94105


Linda Jingying Chen
38 Bryant Street #804
San Francisco, CA 94105


Wayne H Cheung
1461 California Street Apt #1
San Francisco, CA 94109


Cindy Chiu
111 Dawn River Way
Folsom, CA 95630


Dae Sik Choi
38 Bryant Street #308
San Francisco, CA 94105


Ms. Ya-Tzen Chu
403 Main Street #419
San Francisco, CA 94105


Lucky Chuck
P.O. Box 2703
Gilroy, CA 95021-2703


Fani Chung
38 Bryant Street #902
San Francisco, CA 94105

Mark Coffey
Clare McCarthy
10 Monterey Terrace
Orinda, CA 94563


Michael Condon
480 Roland Way, Ste 200
Oakland, CA 94621


Jeffrey Congdon
65 Heather Street
San Francisco, CA 94118


Maureen Cooper
Terry Cooper
38 Bryant Street #404
San Francisco, CA 94105


Scott Cooper
403 Main Street #519 Unit 519
San Francisco, CA 94105


John Cornwell
38 Bryant Street #809
San Francisco, CA 94105


Richard Cunningham
403 Main Street #716
San Francisco, CA 94105


Rohit Dasari
403 Main Street #112
San Francisco, CA 94105


Lauren Davis
403 Main Street #819
San Francisco, CA 94105


Kelly Dean
David Dean
403 Main Street #219

San Francisco, CA 94105


Thomas Diggs
403 Main Street #104
San Francisco, CA 94105


Dinucci SF LLC
15 Kensington Rd, Unit #315
Bronxville, NY 10708


Alvaris Duffis
Alvaris Duffis Jr.
3582 Alkrist Ct
Santa Rosa, CA 95403


Raka Dutta
403 Main Street #217
San Francisco, CA 94105


Sougata Dutta
Nandita Mandal
2154 14th Ave
San Francisco, CA 94116


Leticia Emanuel
Charles Emanuel
25 Upland Drive
S. San Francisco, CA 94080


Catherine Fong
Chung Fong
665 Brickyard Drive
Sacramento, CA 95831


Craig French Trustee
PO Box 5000, PMB 410
Rancho Santa Fe, CA 92067


Fry Family Trust
403 Main Street #620
San Francisco, CA 94105

Carina Govanna Garcia
126 Greenwood Drive
South San Francisco, CA 94080


Joseph Gee
Lianna Gee
2145 Scott Street # 2
San Francisco, CA 94115


Emilio Orlandi Giraudbit
710 Red Leaf Ct
Daly City, CA 94014


Rithik Goli
Srinivasa Goli
403 Main Street #520
San Francisco, CA 94105


Gilda Golshaian
Amir Kakavand
6350 Contra Costa Road
Oakland, CA 94618


Maziyar Nader Goodarzi
Parivash Izadi
38 Bryant Street #403
San Francisco, CA 94105


Saira Grewal
Harinder Grewal Trustees
403 Main Street #508
San Francisco, CA 94105


Una Hrnjak Hadziahmetovic
Sani Hadziahmetovic
403 Main Street #712
San Francisco, CA 94105


Lauren Haithcock
Dale Lyn Haithcock

3000 F. Danville Blvd. #341
Alamo, CA 94507


Daniel Hall
Lisa Hall
403 Main Street #110
San Francisco, CA 94105


Ashley Halliday
Ann Halliday Trustees
403 Main Street #609
San Francisco, CA 94105


Robert Hanley
403 Main Street #714
San Francisco, CA 94105


Douglas Hanlin
Kelvin Lynch
403 Main Street #307
San Francisco, CA 94105


Joe Harmeyer
144 Castle Court
Lafayette, CA 94549


Julie Harness
Donald Harness
403 Main Street #614
San Francisco, CA 94105


Catherine Wertz Hartzell
David Hartzell
705 Lagunita Drive
Soquel, CA 95073


Gretchen E. Heckman Separate Property Trust
403 Main Street #512
San Francisco, CA 94105


Jeff Henry

403 Main Street #210
San Francisco, CA 94105


Susan Hoffman
Daryl Hoffman
135 Laurel Street
Atherton, CA 94027


Molly Hoyt
1591 Jackson Street #8
San Francisco, CA 94109


Sherry Hsia
2800 Van Ness Avenue
San Francisco, CA 94109


Jing Huang
300 Market Place
Menlo Park, CA 94025


Joshua Huddleston
2801 B street #505
San Diego, CA 92102


Barbara Inaba
38 Bryant Street #907
San Francisco, CA 94105


Hemalatha Iyer
2723 Timber Briar Cir.
Houston, TX 77059-2901


Rakhi Jain
403 Main Street #103
San Francisco, CA 94105


Rishabh Jain
38 Bryant Street #903
San Francisco, CA 94105

The Jain Family Revocable Trust
3760 Klamath Lane
Palo Alto, CA 94303


Jehana Jalil
38 Bryant Street #307
San Francisco, CA 94105


Parag Jayantbhai
Shah Pallavi
Parag Shah
6691 Mount Hope Drive
San Jose, CA 95120


Linda Jensen
William Jensen
70 Paso Hondo
Carmel Valley, CA 93924


Victoria Jiao
Victoria G. Jiao
403 Main St Apt 710
San Francisco, CA 94105


Scott Jones
Brent Jones
PO Box 13960
S Lake Tahoe, CA 96151


Kellie Samantha Jue
403 Main Street #108
San Francisco, CA 94105


Gran C H Kao
3182 Campus Dr #355
San Mateo, CA 94403


Elizabeth Kassabian
Mihran Kassabian
1820 Ganges Ave
El Cerrito, CA 94530

Karishma Kaul
Gaurav Awate
35 Live Oak Rd
Berkeley, CA 94705


Ann Keller
10890 Success Cross Rd
Nevada City, CA 95959


Sherry Kelley Trustee
Estel Wood Kelley
403 Main Street #213
San Francisco, CA 94105


Kristen Kho
Tiffany Kho
403 Main Street #212
San Francisco, CA 94105


Barbara Kitagawa
403 Main Street #301
San Francisco, CA 94105


Kimiko Klein
Joel Klein
403 Main Street #312
San Francisco, CA 94105


Hildegard Kleinen
38 Bryant Street # 301
San Francisco, CA 94105


Bea Knecht
403 Main Street #202
San Francisco, CA 94105


Mary Koestler
38 Bryant Street #704
San Francisco, CA 94105

Jane Kow
38 Bryant Street #409
San Francisco, CA 94105


Ohannes Krikorian
Tracy Krikorian
38 Bryant Street #509
San Francisco, CA 94105


Scott Krinsky
Tanya Leydiker
403 Main Street #403
San Francisco, CA 94105


Betty Kwan
Hing Chuck
403 Main Street #106
San Francisco, CA 94105


Karla Kyrias
38 Bryant Street #503
San Francisco, CA 94105


Joyce Lai
403 Main Street #313
San Francisco, CA  94105


Andrew Martin Lam
403 Main Street #719
San Francisco, CA 94105


Christopher Lathrop
403 Main Street #507
San Francisco, CA 94105


Han-Yu Lee
38 Bryant Street #901
San Francisco, CA 94105


Helen Lee
Indra Laksana

3686 Annis Circle
Pleasanton, CA 94588


Jessica Lee
38 Bryant Street #905
San Francisco, CA 94105


Yisheng Lee
21403 Prospect Road
Saratoga, CA 95070


Joan Libera
Jerome Libera
12020 West Pico Blvd
Los Angeles, CA 90064


Catherine Liddell
403 Main Street #813
San Francisco, CA 94105


Mrs. Ginlei Liu
Thomas Ms. Fay Liu
14071 Caminito Vistana
San Diego, CA 92130


Eric Lum
Karen Lum
403 Main Street #218
San Francisco, CA 94105


James Lunsford
403 Main Street #115
San Francisco, CA 94105


Anthony Macias
P.O. Box 194250
San Francisco, CA 94119


Madeline Mackechnie
403 Main Street #114
San Francisco, CA 94105

Peter Maerevoet
Ann Huart
403 Main Street #309
San Francisco, CA 94105


Sean Maffet
403 Main Street #111
San Francisco, CA 94105


Tushar Makhija
Nirali Makhija
403 Main Street #617
San Francisco, CA 94105


Heidi Manes
Justin Manes
731 Los Collindas Road
San Rafael, CA 94903


Nelson Mar
Sarah Mar
333 Main St. Unit 9C
San Francisco, CA 94105


Nitin Bajaj Marluis
Rivero Pinero
943 Timothy Lane
Menlo Park, CA 94025


Derek Matthies
Lauren Matthies
403 Main Street #608
San Francisco, CA 94105


Niloufar Mazhari
50 California Street Ste 1500
San Francisco, CA 94111


Eileen McCrystle
403 Main Street #513

San Francisco, CA 94105


Michelle McGill
Matthew Mosey
38 Bryant Street #805
San Francisco, CA 94105


Elizabeth McMinn
403 Main Street #208
San Francisco, CA 94105


Mr. Shiv Mehta
7 Porter Road
Andover, MA 01810

Tracey Merwise
403 Main Street #319
San Francisco, CA 94105


Jason Scott Miller Trust
403 Main Street #817
San Francisco, CA 94105


Hui Min
Phyllis Chan
Cheng-Yi Chan Chao
403 Main Street #405
San Francisco, CA 94105


John Montgomery
7685 Haley Drive
Granite, CA 95746


Luis Moran
Benli Moran
38 Bryant Street Unit 505
San Francisco, CA 94105


Nobuyuki Morita
Shino Kizaki
632 True Wind Way Unit 606
Redwood City, CA 94063

Katayoun Motesharei
Pouria Sanae
403 Main Street #815
San Francisco, CA 94105


Anastasia Nakamura
Jerry Nakamura
403 Main Street #511
San Francisco, CA 94105


Prashanth Nambiar
Sanjay Nambiar
38 Bryant Street #507
San Francisco, CA 94105


Konrad Ng
Sheena Kumar
38 Bryant Street #707
San Francisco, CA 94105


Michael E Nouaux
Sheryl A. Nouaux Trustees
PO Box 963
Kenwood, CA 95452


Or Palmor
Whitney Atkinson
403 Main Street #610
San Francisco, CA 94105


David Papalias
403 Main Street #708
San Francisco, CA 94105


Joo Park
2118 Chipman St
Alameda, CA 94501


Seonghee Park
403 Main Street #517

San Francisco, CA 94105


Ramanujam Parthasarathy
Jayalakshmi Sanathkumar
403 Main Street #509
San Francisco, CA 94105


Peter Pawlick
38 Bryant Street #504
San Francisco, CA 94105


George Perry Jr.
Emelie Torres
Eslabon Perry
38 Bryant Street #407
San Francisco, CA 94105


Mickey Pham
900 Bush Street #607
San Francisco, CA 94109


Christine Powell
403 Main Street #204
San Francisco, CA 94105


Nandini Prabhakar
38 Bryant Street #604
San Francisco, CA 94105


Tushar Prabhakar
Malika Shahani
41 Miraloma Dr
San Francisco, CA 94127


Naveen Prabhu
843 S Van Ness Ave, Apt 7
San Francisco, CA 94110-1947


Joan Price
252 The Uplands
Berkeley, CA 94705

Joan Price
James Price
38 Bryant Street #405
San Francisco, CA 94105


Monica Quan
Steven Crow
508 Broughton Lane
Foster City, CA 94404


Jennifer Raboy-Kaufman
2352 Post Street Suite 200
San Francisco, CA 94115


Nuhya Raney
2800 Van Ness Avenue
San Francisco, CA 94109


Amir Razmara
Kristina Razmara
08 Long Bridge St. # 812
San Francisco, CA 94158


Paul Rickett
Izabela  M. Rickett
403 Main Street #816
San Francisco, CA 94105


Gurmeet Roley
1367 McKenzie Avenue
Los Altos, CA 94024


Arash Saffarpour
403 Main Street #415
San Francisco, CA 94105


Maria Monica Sagullo
38 Bryant Street #709
San Francisco, CA 94105

Michael Schembri
403 Main Street #505
San Francisco, CA 94015


Brian Scott
P.O. Box #154
Palo Alto, CA 94302


Gerrie Scott
59 Jeff Adachi Way
San Francisco, CA 94103


Robert Scripp
38 Bryant Street #607
San Francisco, CA 94105


Paul Scrivano
Christy Scrivano
38 Bryant Street #402
San Francisco, CA 94105


Mary Ann Shulman
403 Main Street #413 U
San Francisco, CA 94105


Stephanie K. Sierra
Barry W. Dennis
K. Jacqueline Speier
403 Main Street #416
San Francisco, CA 94105


Cynthia Silva
412 Durham Street
Menlo Park, CA 94025


Radhakrishnan Sivaraman
403 Main Street #604
San Francisco, CA 94105"


Madalyn Slayman

Robert Weber
236 Mission Dr
Petaluma, CA 94952-5282


Gilbert Somera
Janell Somera
403 Main Street #410
San Francisco, CA 94105


Jing Song
14717  Caminito Mar De Plata
Del Mar, CA 92014


Jeffrey Spiegel
2300 Contra Costa Blvd #425
Pleasant Hill, CA 94523


SR Infinity LLC
315 Sunfish Court
Foster City, CA 94404


Anish Srinivasan
403 Main Street #803
San Francisco, CA 94105


Barry Strauss
Marlene Strauss
2885 South Court
Palo Alto, CA 94306


Edward Sun
Christina Hua
27950 Roble Alto Drive
Los Altos Hills, CA 94022


Ms. Harumi Takahashi
403 Main Street #401
San Francisco, CA 94105


Rubeun Tan
403 Main Street #105

San Francisco, CA 94105

Celia Tanaka
38 Bryant Street #705
San Francisco, CA 94105

Bradley Robert Tarter
Samantha Lynn Wagner
403 Main Street #411
San Francisco, CA 94105

Siok-Hian Tay-Kelley
403 Main Street #702
San Francisco, CA 94105

Derick Teeking
403 Main Street #510
San Francisco, CA 94105

Shailesh Thakkar
Manisha Thakkar
20380 Stevens Creek Blvd Apt 104
Cupertino, CA 95014

Jennifer Tharp
403 Main Street #118
San Francisco, CA 94105

Clark Thompson
PO Box 745
Orinda, CA 94563-6305

Rosie Thompson
403 Main Street #503
San Francisco, CA 94105

Desmond Tsang
17 Bowerbank Drive
North York Toronto, Ontario M2M 1Z9

Laurel Tuggey
Terence Tuggey
403 Main Street #506
San Francisco, CA 94105


Deborah Udin
403 Main Street #707
San Francisco, CA 94105


Mari Tomiyama
403 Main Street #810
San Francisco, CA 94105


Sudhanshu Verma
Sunita Verma
20011 Glasgow Drive
Saratoga, CA 95070


Robert Vickers
1429 Shotwell Street
San Francisco, CA 94110-5201


David Wai
Chun Ting
403 Main Street #304
San Francisco, CA 94105


Fadi Walieddine
Majida Walieddine
403 Main Street #811
San Francisco, CA 94105


Songyao Wang
403 Main Street #414
San Francisco, CA 94105


Yi Min Wang
Pi-Yu Chung
3210 W. Lake Samm Pkwy SE
Bellevue, CA 98008

Thomas Weber
403 Main Street
San Francisco, CA 94105


William Wenner
Danela Duric
403 Main Street #102
San Francisco, CA 94105


Jason Wheeler
Robyn Wheeler
550 Oak Grove Ave.  Apt 127
Menlo Park, CA 94025


Rita Wiley
403 Main Street #409
San Francisco, CA 94105


Katherine Yee
403 Main Street #514
San Francisco, CA 94105


Jacqueline Yem
403 Main Street #717
San Francisco, CA 94105


Deanna Yick
2699 15th Avenue
San Francisco, CA 94127


Steve Yip
403 Main Street #607
San Francisco, CA 94105


Christopher Yost-Bremm
545 Orizaba Avenue
San Francisco, CA 94132


Pedro Zamora
38 Bryant Street #609
San Francisco, CA 94105

```
Li Zhang
28 Chestnut Pl
Danville, CA 94505-4542


May Yang Helen Zhao
1300 Tuolumne Road
Millbrae, CA 94030


Stephen Zocchi
Rosemaria Gallo Zocchi
264 Wiling Way
Sonoma, CA 95476
```

Fill in this information to identify the case:

Debtor name  SF Oakland Bay LLC

United States Bankruptcy Court for the:  Northern District of California

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Joseph T Chua | | US Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Rowena Chua | PO Box 8303<br>Tamuning, GU | Bank of Hawaii | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Joseph T Chua | PO Box 8308<br>Tamuning, GU 96931 | Bank of Hawaii | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 JJEH Partnership | PO Box 8308<br>Tamuning, GU 96913 | Bank of Hawaii | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 JR4f Corporation | PO Box 8308<br>Tamuning, GU 96913 | Bank of Hawaii | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

Debtor Name     SF Oakland Bay LLC

United States Bankruptcy Court for the:   Northern District of California

Case number (*If known*):   _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/22/2025          ✖ /s/ Joseph Chua
              MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                      Joseph Chua
                                      Printed name

                                      President of Mng Member
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    SF Oakland Bay LLC

United States Bankruptcy Court for the:   Northern District of California

Case number (If known):   _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 400,000.00 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 715,967.65 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 626,151.38 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | parking garage | $ 0.00 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | parking garage | $ 0.00 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | parking garage | $ 0.00 |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Bank of Hawaii<br>Creditor's name<br>111 S King St.<br>Honolulu, HI 96813 | 7/1/2025<br>6/1/2025<br>08/01/2025 | $ 78,000.00 | ☑ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>❏ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>❏ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | 21st Century Corporation<br>Insider's name<br><br><br>**Relationship to debtor**<br>entity co-owned by principal | _____<br>_____<br>_____ | $ 0.00 | deed of trust securing previous advances recorded 04/25 |
| 4.2. | _____<br>Insider's name<br><br><br>**Relationship to debtor** | _____<br>_____<br>_____ | $ _____ | |

Case: 25-30699  Doc# 1  Filed: 09/03/25  Entered: 09/03/25 14:54:02  Page 58 of 74

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. | _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | SFOB v Portside Master Owners Assoc | dispute over HOA dues and CCR interpretation | San Francisco County Superior Court | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| | Case number <br> CGC-21-596605 <br> _____ | | CA | |
| 7.2. | Case title <br> Portside Home Owners Association | confirmation of arbitration award | Court or agency's name and address <br> San Francisco County Superior Court | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> CPF-23-518366 <br> _____ | | CA | |

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 59 of 74

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 60 of 74

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Dentons Bingham GreenebaumLLP | | 03/25 | $ 15,000.00 |
| | **Address** | | | |
| | 3913 Solutions Center Chicago, IL 60677-3009 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Peter N. Hadiaris | | 07/25 | $ 25,000.00 |
| | **Address** 100 E St. Ste 210 Santa Rosa, CA 95404 | | | |
| | **Email or website address** peter@hadiaris.com | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 61 of 74

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| Address | | | |
| | | | |
| Relationship to debtor | | | |
| _____ | | | |
| Who received transfer? | | _____ | $_____ |
| 13.2. _____ | | | |
| Address | | | |
| | | | |
| Relationship to debtor | | | |
| _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| 14.2. | From _____ To _____ |

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 62 of 74

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 63 of 74

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Case: 25-30699     Doc# 1     Filed: 09/03/25     Entered: 09/03/25 14:54:02     Page 64 of 74

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 65 of 74

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Portside Garage<br>Name<br>401 Main St./38 Bryant St.<br>San Francisco, CA | parking garage | EIN: _____<br><br>**Dates business existed**<br><br>From 05/26/2011    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 66 of 74

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   EY (formerly Ernst & Young)<br>Name<br>EY Building, Ste 201, 231 Ypao Rd, Tamuning, Guam, 96913 | From _____<br>To _____ |
| 26a.2.   Efren Casamina<br>Name | From 12/15/2024<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  <br>Name | From _____<br>To _____ |
| 26b.2.  <br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Michael Silva<br>Name | |

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 67 of 74

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    Douglas Parking | |
| _____ | |
| Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Bank of Hawaii |
| _____ |
| Name |

| Name and address |
|---|
| 26d.2.    _____ |
| Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.    _____ |
| Name |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
      Name

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| West Bay Corporation | PO Box 8303, Tamuning, GU | | 75 |
| 21st Century Corporation | PO Box 8303, Tamuning, GU | | 12 |
| Enrico Bautista | PO Box 25300, San Mateo, CA 94402 | | 11.5 |
| Portside-SF Investments LLC | c/o Rodney Jacob 259 Martyr St. Ste 100, Hagatna, GU 96910 | | 1.5 |
| Joseph Chua | , | President of Managing Member West Bay | |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor _____ | | _____ | |
| _____ | | | |

Case: 25-30699    Doc# 1    Filed: 09/03/25    Entered: 09/03/25 14:54:02    Page 69 of 74

## <u>Continuation Sheet for Official Form 207</u>

**7) Legal Actions**

**Estate of Robert Harold Lee v. Momeni**

**CGC-25-623810**

**invasion of pricy**

**San Francisco County Superior Court**

**CA**

**Pending**

**-------**


**26a) Bookkeepers**

**Alex Diez (retired)**                                              12/15/2024

Official Form 207                         **Statement of Financial Affairs for Non-Individuals**

| Name and address of recipient | | |
|---|---|---|
| | _____ | _____ |
| 30.2 | | |
| _____ | | _____ |
| Name | | |
| | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/22/2025
              MM / DD / YYYY

X /s/ Joseph Chua
_____
Signature of individual signing on behalf of the debtor

Printed name   Joseph Chua

Position or relationship to debtor   President of Mng Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

United States Bankruptcy Court

Northern District of California

In re: SF Oakland Bay LLC

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____08/22/2025_____

/s/ Joseph Chua
_____
Signature of Individual signing on behalf of debtor

President of Mng Member
_____
Position or relationship to debtor

21st Century Corp.

21st Century Corporation
PO Box 8308
Tamuning, GU 96913

444 Spear LLC
c/o Felicia M. Woynak, reg agent
3106 Palisades Rd.
Calistoga, CA 94515

Arbi Management Corp.
800 Airport Blvd. Ste 417
Burlingame, CA

ASAP Collection Services
6980 Santa Teresa Blvd #150
San Jose, CA 95119

Bank of Hawaii
111 S King St.
Honolulu, HI 96813

Butler Weihmuller Katz Craig LLP
400 N Ashley Dr. Ste 2300
Tampa, FL 33602

CCSF
1 Dr. Carlton B. Goodlet Pl
City Hall, Rm 140
San Francisco, CA 94102

Continental Casualty Co.
151 N Franklin St.
Chicago, IL 60606

Donald P. Gagliardi, Esq./Angius & Terry LLP
1990 N California Blvd, Ste 800
Wlnut Creek, CA

Douglas Parking
1721 Webster St.
Oakland, CA 94612

Enrico Bautista
1409 Chapin Rd.
Burlingame, CA 94010

Harbor Lofts Owners' Association
c/o Amanda Garcia/CT Corporation System
330 N Brand Blvd.
Glendale, CA

JJEH Partnership
PO Box 8308
Tamuning, GU 96913

Joseph T Chua

Joseph T Chua
PO Box 8308
Tamuning, GU 96931

JR4f Corporation
PO Box 8308
Tamuning, GU 96913

Kaufman Dolowich Voluck LLP
135 Crossways Park Dr.
201
Woodbury, NY 11797

Lee, Timothy Oliver, as personal representati
c/o Oliver Taillieu, Esq./BD&J PC
11175 Santa Monica Blvd
Los Angeles, CA 90025

Michael Silva
325 Miguel St.
San Francisco, CA 94131

Portside Master Owners Association

Portside Home Owners Association
c/o The Manor Association, Reg. Agent
1820 Gateway Dr. Ste 110
San Mateo, CA 94404

Portside Home Owners Association

Portside Master Owner Association
PO Box 7056
San Francisco, CA 94120

Portside Master Owners Association
t.

Portside SF Investments
c/o Calvo Jacob & Pangelinan LLP
259 Martyr St., Ste 100
Hagatna, GU 96910


Rowena Chua
PO Box 8303
Tamuning, GU


Ryan J. Reynolds, Esq./Butler Weihmuller Katz
18333 Preston Rd. Ste 350
Dallas, TX 75252


See Attached Schedule G


The Manor Association
1820 Gateway Dr. Ste 110
San Mateo, CA 9440


Timothy Oliver Lee as personal representative


Two Bryant Investors LLC
c/o National Registered Agents Inc., reg
330 N Brand Blvd.
Glendale, CA


US Small Business Administration
2 North St., Ste 320
Birmingham, AL 35203


US Small Business Administration
409 3rd St. SW
Washington, DC 20416


Zephire/Fullsteam
15765 North Ridge Dr.
Novelty, OH 44072