```
PETER N. HADIARIS, ESQ.
State Bar No. 122590
100 E. St. Ste 210
Santa Rosa, CA 95404
415/694-0052
peter@hadiaris.com
Attorney for debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | | |
|---|---|---|
| SF OAKLAND BAY LLC | ) | No. 25-30699 HLB |
| Debtor(s) | ) | Chapter 11 |
| TIN: 5836 | ) | DECLARATION OF PETER N. HADIARIS SUPPORTING MOTION FOR ORDER APPROVING USE OF CASH COLLATERAL |

I, Peter N. Hadiaris, declare:

1. I am the proposed counsel for the debtor in this case. I have personal knowledge of the facts in this declaration and can testify to them competently if called as a witness.

2. I investigated the financial affairs of the debtor as part of the preparation for the filing of this case. Exhibit 5 is a true and correct copy of the financing statement filed by the SBA with the California Secretary of State. Exhibit 6 is a true and correct copy of the judgment lien filed with the Secretary of State by Continental Casualty.

Executed August 20, 2025 in Santa Rosa, CA. I declare under penalty of perjury that the foregoing is true and correct.

*Peter N. Hadiaris*
Peter N. Hadiaris

# EXHIBIT 5

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Corporation Service Company
800-858-5294

**B. E-MAIL CONTACT AT FILER** (optional)

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
Springfield, IL 62703-4261
USA

**DOCUMENT NUMBER:** 91474320002
**FILING NUMBER:** 20-7797400127
**FILING DATE:** 06/28/2020 16:27

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SF Oakland Bay, LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 401 Main Street | San Francisco | CA / 94105 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| U.S. Small Business Administration | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 10737 Gateway West, #300 | El Paso | TX / 79935 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. EXEMPT Per California Government Code Section 6103 PLEASE EXPEDITE 564492 7901

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)  ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
[189353168]

**FILING OFFICE COPY**

  

U250149815027



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: U250149815027 |
| Date Filed: 6/6/2025 |

B3756-5656 06/07/2025 6:15 AM Received by California Secretary of State

| Submitter Information: | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CSC |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |
| **Amendment Action Information:** | |
| Initial Financing Statement File Number | 207797400127 |
| Date Filed | 06/28/2020 |
| Amendment Action | Continuation |
| **Name of Secured Party of Record Authorizing This Amendment:** | |
| ☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below. | |
| Authorizing Secured Party Name | U.S. Small Business Administration |
| **Optional Filer Reference Information:** | |
| 2484307 | |

EXHIBIT 6

 

U250160547923

B3810-6226 06/27/2025 9:37 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**NOTICE OF JUDGMENT LIEN (JL 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**

File No.: U250160547923
Date Filed: 6/27/2025

| Submitter Information: | |
|---|---|
| Contact Name | Ryan J. Reynolds, Esq. |
| Organization Name | Butler Weihmuller Katz Craig LLP |
| Phone Number | (469) 857-7870 |
| Email Address | rreynolds@butler.legal |
| Address | 18333 PRESTON ROAD SUITE 530 DALLAS, TX 75252 |

Judgment Debtor Information:

| Judgment Debtor Name | Mailing Address |
|---|---|
| SF Oakland Bay, LLC | 401 Main Street San Francisco, CA 94105 |

Judgment Creditor Information:

| Judgment Creditor Name | Mailing Address |
|---|---|
| Continental Casualty Company, Assignee of Record | 151 N. Franklin Street Chicago, IL 60606 |

Judgment Information:

| | |
|---|---|
| A. Name of Court Where Judgment Was Entered | Superior Court of California, County of San Francisco |
| B. Title of the Action | Portside Homeowners' Association v. SF Oakland Bay, LLC |
| C. Case Number | CPF-23-518366 |
| D. Date Judgment Was Entered | 09/20/2024 |

| E. Date(s) of Subsequent Renewal of Judgment (if any) |
|---|
| None Entered |

| | |
|---|---|
| F. Date of This Notice | 06/27/2025 |
| G. Amount Required to Satisfy Judgment at This Date of Notice | $215,342.46 |

All property subject to enforcement of a Money Judgment against the Judgment Debtor to which a Judgment Lien on personal property may attach under Section 697.530 of the Code of Civil Procedure is subject to this Judgment Lien.

Declaration and Signature:

Declaration: I am the Attorney of Record for the Judgment Creditor.

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Ryan J. Reynolds*     06/27/2025
Sign Here     Date