# Notice Recipients

District/Off: 0971–3     User: admin     Date Created: 09/04/2025
Case: 25–30699     Form ID: OFP     Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr     Not Assigned – SF

                                                                                                        TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
aty     Paul Gregory Leahy     Paul.Leahy@usdoj.gov
aty     Peter N. Hadiaris     peter@hadiaris.com

                                                                                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     SF Oakland Bay LLC     401 Main St.     San Francisco, CA 94105
smg     Chief Tax Collection Section     Employment Development Section     P.O. Box 826203     Sacramento, CA 94230
smg     IRS     P.O. Box 7346     Philadelphia, PA 19101–7346
smg     CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280–0001
smg     CA Franchise Tax Board     Special Procedures Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812–2952

                                                                                                        TOTAL: 5