| | |
|---|---|
| 1 | DONALD H. CRAM (State Bar No. 160004) |
| | DUANE M. GECK (State Bar No. 114823) |
| 2 | STINSON LLP |
| | 595 Market Street, Suite 2600 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 398-3344 |
| 4 | Facsimile: (415) 956-0439 |
| | don.cram@stinson.com |
| 5 | duane.geck@stinson.com |
| 6 | Attorneys for Interested Party |
| | PORTSIDE HOMEOWNERS' ASSOCIATION |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No.: 25-30699 |
| SF OAKLAND BAY, LLC, | Chapter 11 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that **Portside Homeowners' Association, a California nonprofit mutual benefit corporation,** desires notice of the filing of any proceedings in the above matter pursuant to Bankruptcy Rule 2002. Said notices are to be served upon:

> Portside Homeowners' Association
> c/o   Donald H. Cram
>         Duane M. Geck
> Stinson LLP
> 595 Market Street, Suite 2600
> San Francisco, California 94105
> Email: don.cram@stinson.com
>            duane.geck@stinson.com

DATED: September 5, 2025                     STINSON LLP


                                                                By: /s/ *Donald H. Cram*
                                                                       Donald H. Cram

                                                                Attorneys for Interested Party
                                                                PORTSIDE HOMEOWNERS'
                                                                ASSOCIATION

58888.0283/17076052.1 1

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2025, I electronically filed the foregoing **REQUEST FOR SPECIAL NOTICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Peter N. Hadiaris<br>Law Office of Peter N. Hadiaris<br>100 E St., Ste 210<br>Santa Rosa, CA 95404<br>Phone: 415 568-4937<br>Assigned: 09/03/25;<br>Email: peter@hadiaris.com | Attorneys for Debtor |
| Paul Gregory Leahy<br>Office of the United States Trustee<br>280 South First Street, Room 268<br>San Jose, CA 95113<br>Phone: 408-535-5535<br>Assigned: 09/04/25;<br>Email: Paul.Leahy@usdoj.gov | Counsel for the U.S. Trustee |

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

/s/Katrina D. Adkins
Katrina D. Adkins