1  PETER N. HADIARIS, ESQ.
   State Bar No. 122590
2  100 E. St. Ste 210
   Santa Rosa, CA 95404
3  415/694-0052
   peter@hadiaris.com
4  Attorney for debtor

5

6

7

8               UNITED STATES BANKRUPTCY COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 In Re:                          )
                                   )
11 SF OAKLAND BAY LLC              )     No. 25-30669 HLB
                                   )
12                 Debtor(s)       )     Chapter 11
                                   )
13                 TIN: 5836       )     NOTICE OF HEARING OF
   _____)     MOTION TO REJECT 1994
14                                       LICENSE AGREEMENT

15                                       October 16, 2025
                                         10:00 a.m.
16                                       Videoconference/Ctrm 19

17       The debtor's motion to reject its 1994 license agreement

18 with addenda as an executory contract with Portside Home Owners

19 Association will be heard by the court on October 16, 2025 at

20 10:00 a.m.

21       You may participate in this hearing in-person or by Zoom.

22 To attend in-person, you should arrive at Courtroom 19, 450

23 Golden Gate Avenue, 16th Floor, San Francisco, CA no later than

24 the time set forth in this notice.  To attend via Zoom, please

25 consult the court's website, which provides information

26 explaining how to arrange an appearance at a video hearing.  If

27 you have questions about how to participate in a hearing, you may

28 contact the court by calling 888-821-7606 or by using the

1  Live Chat feature on the court's website.

2      Oppositions, statements of non-opposition, and counter-

3  motions are due October 2, 2025.  Replies and oppositions to

4  counter-motions are due October 9, 2025.

5

6  Dated: September 15, 2025      PETER N. HADIARIS, ESQ.

7                                 *Peter N. Hadiaris*
                                  Peter N. Hadiaris, Esq.
8                                 Attorney for debtor

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28