MATTHEW G. BOUSLOG (BAR NO. 280978)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: mbouslog@allenmatkins.com

Attorneys for Party in Interest
Two Bryant Investors, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>SF OAKLAND BAY LLC,<br><br>Debtor. | Case No. 25-30699 HLB<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that Two Bryant Investors, LLC hereby enters its appearance by and through its counsel, ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith, be given to and served upon, and that Allen Matkins Leck Gamble Mallory & Natsis LLP be added to the mailing matrix on file with the Clerk of the Bankruptcy Court, as follows:

MATTHEW G. BOUSLOG (BAR NO. 280978)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313
Fax: (949) 553-8354
Email: mbouslog@allenmatkins.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the aforementioned and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, telecopier, or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of the above-named party-in-interest's rights (1) to have final orders in noncore matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments that the above-named party-in-interest expressly reserves.

Dated: September 18, 2025

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
MATTHEW G. BOUSLOG
RACHEL T. GONZALES

By:     */s/ Matthew G. Bouslog*
      MATTHEW G. BOUSLOG
      Attorneys for Two Bryant Investors, LLC