


Signed and Filed: September 19, 2025

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>SF OAKLAND BAY LLC,<br>        Debtor. | Case No. 25-30699 HLB<br>Chapter 11 |

**ORDER SHORTENING TIME**

This case comes before the court on Debtor SF Oakland Bay LLC's Ex Parte Application for Expedited Relief on Motion for Post-Petition Financing.[1] The Ex Parte Application asks the court to set an expedited preliminary hearing on Debtor's concurrently filed Motion for Order Authorizing Post-Petition Financing.[2]

The court has carefully reviewed the Ex Parte Application, the Financing Motion, the Declaration of Mr. Peter Hadiaris,[3] and the Declaration of Mr. Joseph Chua.[4] After review, the

---

[1] Dkt. 35 (the "Ex Parte Application").

[2] Dkt. 33 (the "Financing Motion").

[3] Dkt. 33-1 (the "Hadiaris Decl.").

[4] Dkt. 33-2 (the "Chua Decl.").

court finds and concludes that Debtor has presented good cause for the relief sought in the Ex Parte Application.

Accordingly, the court **ORDERS** as follows:

**1.** The Ex Parte Application is hereby **GRANTED**.

**2.** On **Wednesday, September 24, 2025** at **1:00 p.m. Pacific Time**, the court will convene a preliminary hearing on the Financing Motion.

The **September 24** preliminary hearing will convene via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate at a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**3.** No later than **Friday, September 19, 2025**, Debtor shall serve a copy of **(a)** this order; **(b)** the Financing Motion; **(c)** the Hadiaris Decl.; **and (d)** the Chua Decl. on: **(i)** Bank of Hawaii; **(ii)** U.S. Small Business Administration; **(iii)** 21st Century Corporation; **(iv)** Continental Casualty Insurance; **(v)** creditors on the List of Creditors Who Have the 20 Largest Unsecured Claims;[5] **(vi)** the Office of the United States Trustee; **and (vii)** any other creditor or interested party that has filed a notice of appearance and request for notice as of entry of this order. Service shall be made by CM/ECF, email, or overnight delivery.

---

[5] Dkt. 1.

**4.** This order shall serve as notice of the September 24 hearing. Debtor need not prepare, file, or serve a separate notice of hearing.

**5.** No later than **Friday, September 19, 2025**, Debtor shall file a certificate of service evidencing timely compliance with Paragraph 3 of this order.

**6.** Opposition to granting *preliminary* relief under the Financing Motion must be filed no later than **12:00 p.m. Pacific Time** on **Tuesday, September 23, 2025**. Such opposition shall not exceed 10 pages, absent prior leave of court. This page limit shall not apply to declaration(s) or request(s) for judicial notice filed in support of any such opposition. Untimely opposition will not be considered.

**7.** Unexcused noncompliance with this order might result in vacatur of the September 24 hearing.

**\*\*END OF ORDER\*\***

## Court Service List

[None]