1  MATTHEW G. BOUSLOG (BAR NO. 280978)
   ALLEN MATKINS LECK GAMBLE
2    MALLORY & NATSIS LLP
   2010 Main Street, 8th Floor
3  Irvine, California 92614-7214
   Phone: (949) 553-1313
4  Fax: (949) 553-8354
   E-Mail: mbouslog@allenmatkins.com
5
   RACHAEL T. GONZALES (BAR NO. 347879)
6  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
7  865 South Figueroa Street, Suite 2800
   Los Angeles, California 90017-2543
8  Phone: (213) 622-5555
   Fax: (213) 620-8816
9  E-Mail: rgonzales@allenmatkins.com

10 Attorneys for Party in Interest
   Two Bryant Investors, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 25-30699 HLB |
| SF OAKLAND BAY LLC, | Chapter 11 |
| Debtor. | **JOINDER TO PORTSIDE MASTER OWNERS' ASSOCIATION'S OBJECTION TO DEBTOR'S MOTION FOR ORDER APPROVING POST PETITION FINANCING** |
| | Date: September 24, 2025<br>Time: 1:00 p.m.<br>Ctrm.: 19/Videoconference<br>Judge: Hon. Hannah L. Blumenstiel |

**TO THE HONORABLE HANNAH L. BLUMENSTIEL, UNITED STATES BANKRUPTCY JUDGE, AND PARTIES IN INTEREST:**

Two Bryant Investors, LLC ("Two Bryant"), by and through its undersigned counsel, respectfully submits this joinder to the *Portside Master Owners' Association Objection to Debtor's*

*Motion for Order Approving Post Petition Financing* [Docket No. 40] (the "Objection") filed by Portside Master Owners' Association ("Portside MOA").[1]

Similar to Portside MOA, Two Bryant is party to a parking license agreement with SF Oakland Bay LLC (the "Debtor"), which is recorded in the land records and conveys rights to Two Bryant that the Debtor cannot terminate. Although the Debtor has not yet filed a motion to reject the license agreement between the Debtor and Two Bryant, the Debtor represents that it intends to reject the license agreement.[2]

Two Bryant joins in the arguments set forth in the Objection as to the insufficiency of the evidentiary support. The Debtor fails to provide adequate evidentiary support that the relief sought is required on an emergency basis as required under Rule 4001(b)(2) of the Federal Rules of Bankruptcy Procedure, that 21st is entitled to a good faith finding, that the Debtor cannot get financing on better terms, and the Debtor fails to meet the heightened burden for entering into an agreement with an insider.

Moreover, the budget is speculative and unsupported, and Two Bryant is concerned about the Debtor incurring unnecessary debt in pursuing a fruitless bankruptcy strategy seeking to "reject" parties' rights to access and use the property. Accordingly, joins in the Objection, and the Motion should be denied.

Dated: September 23, 2025  
ALLEN MATKINS LECK GAMBLE  
  MALLORY & NATSIS LLP  
MATTHEW G. BOUSLOG  
RACHEL T. GONZALES  

By: /s/ *Matthew G. Bouslog*  
MATTHEW G. BOUSLOG  
Attorneys for Party in Interest  
Two Bryant Investors, LLC

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

[2] *See Debtor's Motion to Reject 1997 Executory Contract with Portside Homeowners' Association* [Docket No. 25]; *Debtor's Amended Motion for Authority to Use Cash Collateral* [Docket No. 30].