PETER N. HADIARIS, ESQ.
State Bar No. 122590
100 E. St. Ste 210
Santa Rosa, CA 95404
415/694-0052
peter@hadiaris.com
Attorney for debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
SF OAKLAND BAY LLC ) No. 25-30669 HLB
)
Debtor(s) ) Chapter 11
)
TIN: 5836 ) DECLARATION OF MICHAEL
) SILVA SUPPORTING MOTION
FOR ORDER AUTHORIZING
CASH COLLATERAL

October 16, 2025
1:00 p.m.
Zoom/Ctrm 19

I, Michael Silva, declare:

1. I am a business and construction consultant, and have been consulting with the debtor about its operations since 2019. I operated the garage until the end of July 2025. I am personally familiar with the debtor's business operations and revenues and expenses. I have personal knowledge of the facts in this declaration, and can testify to them competently if called as a witness.

2. I participated in the creation of the amended budget attached as exhibit 8 by providing information to the financial consultant who prepared it, Aira Pineda of Scrubbed. I have reviewed the budget in light of my familiarity with the debtor's

operations, and it presents an accurate and fair estimate of the debtor's monthly revenues and expenses.

3. Because of the timing of the entry of the interim cash collateral order and the transition to Douglas Parking for actual garage operations, payment of most of the September expenses will actually occur in early October.

4. Professional fees are based on estimates provided by the professionals involved.

5. The debtor intends to challenge the property tax assessment based on the effect of the current deleterious license agreements, which may result in a reduction of property tax expense.

6. The increase in revenues in December is based on the anticipated rejection of the Portside licenses. There are also other licenses to reject to increase revenues. We also intend to ramp up collection of past due parking fees, and are considering other possible revenue enhancements. However, these amounts are uncertain as to amount and time, and therefore not included in this budget.

Executed October 1, 2025 in San Francisco, CA. I declare under penalty of perjury that the foregoing is true and correct.

Michael Silva

# EXHIBIT 8

| MONTH | 09/25 | 10/25 | 11/25 | 12/25 | 01/26 | 02/26 |
|---|---|---|---|---|---|---|
| **BEGINNING BALANCE** | $9,351.00 | -$21,462.00 | $12,940.65 | $8,127.65 | $5,541.65 | $6.47 |
| **Receipts** | | | | | | |
| License Fees - note 1 | $37,774.00 | $37,774.00 | $37,774.00 | $86,000.00 | $86,000.00 | $86,000.00 |
| DIP Loan Proceeds | $0.00 | $65,000.00 | $25,000.00 | $25,000.00 | $0.00 | $0.00 |
| **Total Receipts** | $37,774.00 | $102,774.00 | $62,774.00 | $111,000.00 | $86,000.00 | $86,000.00 |
| **Disbursements** | | | | | | |
| Vendors - see schedule 1 | $3,522.00 | $3,522.00 | $3,522.00 | $3,522.00 | $3,522.00 | $3,522.00 |
| Garage Operator - Douglas Parking | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Local Management (Silva) | $3,000.00 | $2,510.00 | $2,000.00 | $450.00 | $450.00 | $450.00 |
| Secured Debt Service (BoH & SBA) | $27,431.00 | $27,431.00 | $27,431.00 | $27,431.00 | $27,431.00 | $27,431.00 |
| PMOA Dues | $29,134.00 | $29,134.00 | $29,134.00 | $29,134.00 | $29,134.00 | $29,134.00 |
| Property Taxes | | | | $47,549.00 | | |
| Professional Fees - note 2 | | | | | $24,500.00 | |
| UST fees | | $274.35 | | | $998.18 | |
| **Total Disbursements** | $68,587.00 | $68,371.35 | $67,587.00 | $113,586.00 | $91,535.18 | $66,037.00 |
| **Net Change in Cash** | -$30,813.00 | $34,402.65 | -$4,813.00 | -$2,586.00 | -$5,535.18 | $19,963.00 |
| **ENDING CASH BALANCE** | -$21,462.00 | $12,940.65 | $8,127.65 | $5,541.65 | $6.47 | $19,969.47 |

**Note 1** - based on August 2025. 2025 YTD avg. is about $44,000

**Note 2** - Legal, $20,000; Accounting $4500 (Aria Pineda, Scrubbed LLC)

**Schedule 1** - Vendors

| | |
|---|---|
| Comcast internet | $250.00 |
| PG&E | $1,000.00 |
| Fullsteam (credit card processing) | $445.00 |
| Supplies & Equipment | $50.00 |
| Banking Charges | $65.00 |
| Repairs | $500.00 |
| Liability Insurance (incl. garage keepers endorsement) | $1,212.00 |
| **MONTHLY TOTAL** | $3,522.00 |