PETER N. HADIARIS, ESQ.
State Bar No. 122590
100 E. St. Ste 210
Santa Rosa, CA 95404
415/694-0052
peter@hadiaris.com
Attorney for debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: ) No. 25-30669 HLB
)
SF OAKLAND BAY LLC ) Chapter 11
)
                Debtor(s) ) SUPPLEMENTAL
) DECLARATION OF PETER
                TIN: 5836 ) N HADIARIS SUPPORTING
_____) MOTION FOR ORDER
APPROVING POST PETITION
FINANCING

October 16, 2025
10:00 a.m.
Teleconference/Ctrm 19

    I, Peter N. Hadiaris, declare:

    1. I am the proposed attorney for the debtor. I have personal knowledge of the facts in this declaration and can testify to them competently if called as a witness.

    2. I have conducted a further investigation of the possibility of obtaining alternate financing for the debtor, other than received a secured loan from one of its members.

        (a) I renewed the debtor's request to Bank of Hawaii to consider additional funding. I received the somewhat brusque response attached exhibit 4.

        (b) I located four prospective d.i.p. financers through references from another attorney and the internet. Two,

Southstar Capital and eCapital, turned down the loan on any terms in response to a preliminary phone call, and stated they did not know of anyone to whom they could refer me. Two others, Commercial Funding and Legalist, have not responded to my inquiries.

(c) I consulted a loan broker, Matt Hollander of Bluepoint Commercial Mortgage, about the possibility of obtaining financing. Despite our cordial relationship (he's a client), he was completely uninterested. He did agree to provide the accompanying declaration explaining why. The reasons he gave were reasons he raised spontaneously in our conversation, not in response to any prompting by me.

3. It should be pointed out that an unsecured loan is unfeasible because there is no free cash to repay it, even with administrative super priority. All the debtor's revenues are cash collateral, so if the reorganization fails, the cash goes to Bank of Hawaii or the Small Business Administration.

4. The US Trustee has suggested a 10% carveout for trustee and professional compensation and the lender has agreed.

5. The debtor is not offering a §506(c) waiver, and the lender is not requesting one.

6. During my constant dealings with Joseph Chua, it has become clear to me that his primary motive is preserving SFOB's business and making the reorganization succeed.

Executed October 1, 2025 in Santa Rosa, CA. I declare under penalty of perjury that the foregoing is true and correct.

*Peter N. Hadiaris*
Peter N. Hadiaris

EXHIBIT 4

**Outlook**

## RE: SFOB

| From | Tokito, Mark <Mark.Tokito@boh.com> |
|---|---|
| Date | Fri 9/26/2025 8:18 PM |
| To | Peter N. Hadiaris <peter@hadiaris.com>; Joseph Chua <joechua2016@gmail.com> |

Peter….This was discussed internally, and BOH is unable to move ahead with unsecured or any financing to SF Oakland Bay, LLC.

We appreciated your understanding.


Mark Tokito
Senior Vice President & Manager
Bank of Hawai'i
Guam Commercial Banking Center

Phone:  (671) 479-3643
Fax:  (671) 479-3721

E-mail:  mark.tokito@boh.com
Website:  www.boh.com

IMPORTANT NOTICE: The information contained in this e-mail transmission and any attachment is confidential and remains the property of Bank of Hawaii until it is received by the intended recipient. If you are not the intended recipient, please note that use, further transmission or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify postmaster@boh.com as soon as possible, and delete it from your computer without retaining any copies. Bank of Hawai'i is a trade name of Bank of Hawaii.

**From:** Peter N. Hadiaris <peter@hadiaris.com>
**Sent:** Saturday, September 27, 2025 2:35 AM
**To:** Tokito, Mark <Mark.Tokito@boh.com>; Joseph Chua <joechua2016@gmail.com>
**Subject:** [External] SFOB

> **NOTICE:** External Email - Sender is peter@hadiaris.com

Mark. I know that Joe has been asking about a personal line of credit, but we really need financing for SFOB.  Let me know if BoH would consider unsecured "debtor in possession financing" to SFOB of $250,000, and if so, what the terms would be.

I believe that federally insured banks can only make 1st and 2nd loans, not 3rds.  Would BoH be willing to make a 2d deed of trust secured by the garage?  We would need to pay off the Portside Master HOA dues arrearage, which is about $550,000, so we would need about $800,000.  Is this something that might interest the bank?

Peter N. Hadiaris, Esq.

100 E. St., Ste 210
Santa Rosa, CA 95404
415/694-0052
peter@hadiaris.com