ANDREW S. AZARMI
DENTONS US LLP
1999 Harrison Street
Suite 1300
Oakland, CA 94612
Telephone: (415) 267-4000
Email: *andrew.azarmi@dentons.com*

ANDREW C. HELMAN
DENTONS BINGHAM GREENEBAUM LLP
One City Center
Suite 11100
Portland, ME 04101
Phone: (207) 619-0919
Email: *andrew.helman@dentons.com*

*Counsel for 21st Century Corporation*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>SF OAKLAND BAY LLC., [1]<br><br>    Debtor. | Case No. 25-30699-HLB<br><br>Chapter 11<br><br>**JOINDER TO DEBTOR'S MOTION TO REJECT 1994 EXECUTORY CONTRACT WITH PORTSIDE HOMEOWNERS' ASSOCIATION**<br><br>Date: October 16, 2025<br>Time: 10:00 a.m.<br>Courtroom: Videoconference / courtroom 19<br>Judge: Hon. Hannah L. Blumenstiel |

---

[1] The last four digits of the taxpayer identification number of SF Oakland Bay LLC are 5836. The principal office of SF Oakland Bay, LLC is 401 Main Street, San Francisco, CA 94105.

21st Century Corporation ("21st Century"),[2] by and through its undersigned counsel, respectfully submits this joinder to the *Debtor's Motion to Reject 1994 Executory Contract with Portside Homeowners' Association* (the "Motion") [Dkt. No. 24].

21st Century joins in the arguments set forth by the Debtor in its Motion. Specifically, 21st Century asserts that the Debtor's 1994 license agreement (the "1994 Contract") with Portside Homeowners' Association ("Portside") is an executory contract, as performance is still due from both parties to the 1997 Contract. Accordingly, the Debtor's rejection of the 1997 Contract is proper and the Court should grant the Motion.

Moreover, 21st Century, as an interested party, files this Joinder to reserve the right to file a reply brief in response to any objection to the Motion, to the extent any party files an objection. Moreover, 21st Century reserves the right to participate in the hearing on the Motion scheduled for October 16, 2025 at 10:00 a.m.

For the foregoing reasons, and the reasons stated by the Debtor in the Motion, 21st Century requests that the Court enter an order granting the Motion.

Dated: October 2, 2025                Respectfully submitted,

                                         */s/ Andrew S. Azarmi*
                                         Andrew S. Azarmi
                                         DENTONS US LLP
                                         1999 Harrison Street
                                         Suite 1300
                                         Oakland, CA 94612
                                         Phone: (415) 267-4000
                                         Email: andrew.azarmi@dentons.com

                                         -and-

---

[2]    21st Century is an affiliate of the SF Oakland Bay LLC (the "Debtor") and holds a 12% equity interest in the Debtor, and is the proposed debtor-in-possession financing lender to the Debtor. *See* [Dkt. Nos. 23 & 33].

Andrew C. Helman (*pro hac vice* forthcoming)
DENTONS BINGHAM GREENEBAUM LLP
One City Center
Suite 11100
Portland, ME 04101
Phone: (207) 619-0919
Email: Andrew.helman@dentons.com

*Counsel for 21st Century Corporation*

## CERTIFICATE OF SERVICE

This is to certify that on October 2, 2025, I caused a copy of the foregoing document to be filed with the electronic case filing system for the United States Bankruptcy Court for the Northern District of California, San Francisco Division, thereby serving all parties in interest receiving service in this case through the Court's electronic filing system.

**DENTONS US LLP**

*/s/ Andrew S. Azarmi*

**ANDREW S. AZARMI**