```
Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com

Proposed Attorneys for SF Oakland Bay LLC
Debtor-in-Possession
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>SF OAKLAND BAY LLC<br><br>Debtor-in-Possession. | Case No. 25-30699-HLB<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION TO REJECT 1997 EXECUTORY CONTRACT WITH PORTSIDE HOMEOWNERS' ASSOCIATION**<br><br>Hearing:<br>Date:   October 16, 2025<br>Time:   10:00 a.m.<br>Place:  Courtroom 19<br>         450 Golden Gate Ave.<br>         San Francisco, CA 94102<br><br>***OR VIA ZOOM WEBINAR*** |

Debtor-in-possession SF Oakland Bay LLC (the "Debtor"), having just substituted in new counsel in the case, withdraws without prejudice its pending Motion to Reject 1997 Executory Contract with Portside Homeowners' Association.

//

//

NOTICE OF WITHDRAWAL OF MOTION 1

| | |
|---|---|
| Dated October 9, 2025 | FINESTONE HAYES LLP |
| | |
| | _/s/ Stephen D. Finestone_ |
| | Stephen D. Finestone |
| | Proposed counsel for the Debtor |

# CERTIFICATE OF SERVICE

Pursuant to controlling General Orders and Local Bankruptcy Rules, undersigned counsel certifies that service of the foregoing was accomplished by the court via NEF and link to the document. On October 9, 2025, I checked the CM/ECF notifications for this action and determined that the following persons received the documents by NEF as stated below:

Andrew Azarmi on behalf of Interested Party 21st Century Corporation
andrew.azarmi@dentons.com

Matthew G. Bouslog on behalf of Interested Party Two Bryant Investors, LLC
mbouslog@allenmatkins.com, ncampos@allenmatkins.com

Donald H. Cram, III on behalf of Interested Party Portside Home Owner Association
don.cram@stinson.com

Stephen D. Finestone on behalf of Debtor SF Oakland Bay LLC
sfinestone@fhlawllp.com

Rachael Tamiko Gonzales on behalf of Interested Party Two Bryant Investors, LLC
rgonzales@allenmatkins.com, pmorris@allenmatkins.com

Peter N. Hadiaris on behalf of Debtor SF Oakland Bay LLC
peter@hadiaris.com

Paul Gregory Leahy on behalf of U.S. Trustee Office of the U.S. Trustee / SF
Paul.Leahy@usdoj.gov

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Ryan A. Witthans on behalf of Debtor SF Oakland Bay LLC
rwitthans@fhlawllp.com

Dated October 9, 2025                    FINESTONE HAYES LLP

                                         */s/ Ryan A. Witthans*
                                         Ryan A. Witthans
                                         Proposed Attorneys for SF Oakland Bay LLC
                                         Debtor-in-Possession