1  Donald H. Cram (State Bar Number 160004)
   don.cram@stinson.com
2  STINSON LLP
   595 Market Street
3  Suite 2600
   San Francisco, California 94105
4  Telephone:    415.398.3344
   Facsimile:    415.956.0439
5
   Attorneys for
6  APORTSIDE HOMEOWNERS' ASSOCIATION

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>SF OAKLAND BAY LLC,<br><br>        Debtor in Possession, | Case No. 25-30699 HLB<br><br>Chapter 11<br><br>**PORTSIDE HOMEOWNERS' ASSOCIATION'S RESPONSE TO DEBTOR'S STATUS CONFERENCE STATEMENT**<br><br>Hearing<br>Date:    February 12, 2026<br>Time:    10:00 a.m.<br>Dept.:    Ctrm. 19 and via Zoom<br><br>Judge: Hon. Hannah L. Blumenstiel |

Portside Master Owners' Association, a California nonprofit mutual benefit corporation ("PMOA"), submits this response to Debtor's Status Conference Statement, respectfully showing the Court as follows:

Initially, PMOA objects to the contents of Debtor's Status Conference Statement to the extent it violates the mediation privilege and/or reveals settlement confidences. In addition, Debtor's insinuation that PMOA conducted itself in bad faith and revisionist spin on what transpired in connection with the attempt at mediation is inaccurate.

Based upon the mediation statements submitted in connection with the mediation attempt it was plain that both parties spent time, effort and resources. Debtor's assertion that it submitted two economic alternatives is accurate. However, Debtor had already submitted these alternatives for consideration (which PHOA rejected) several months before Debtor filed for bankruptcy relief. PHOA stated as much in its statement and indicated it was willing to engage in discussions to resolve the issues between the parties, but Debtor's proposed alternatives were non-starters. Judge Lafferty did not cancel the mediation session because of PHOA's statement. He cancelled the mediation because he felt that the parties were too far apart and that a mediation session at the time may be counterproductive.

Immediately after Judge Lafferty cancelled the mediation session, counsel for the parties engaged in multiple discussions extending over the weekend in an attempt to have representatives of the parties engage in an informal meeting. In the context of those discussions, two things happened:

1. A potential participant from PHOA requested assurances that Debtor would not sue him again individually (this PHOA representative was sued as an individual defendant by Debtor previously and was subsequently dismissed from the action with prejudice, however subsequently received a personal letter prepetition from Debtor's former counsel, stating that Debtor intended to sue him again as an individual; a threat (or intention) that has never been retracted. Those assurances were never forthcoming.

2. It became apparent that, economically, the parties would be unable to achieve a resolution.

In light of the foregoing, counsel determined that the parties were not in a position to meet at that time.

Dated: February 10, 2026          STINSON LLP

By:    */s/Donald H. Cram*
         DONALD H. CRAM
Attorneys for
APORTSIDE HOMEOWNERS' ASSOCIATION

# PROOF OF SERVICE

**In re: SF Oakland Bay LLC**
**Case No. 25-30699-HLB**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 595 Market Street, Suite 2600, San Francisco, CA 94105.

On February 11, 2026, I served true copies of the following document(s) described as **PORTSIDE HOMEOWNERS' ASSOCIATION'S RESPONSE TO DEBTOR'S STATUS CONFERENCE STATEMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 11, 2026, at San Francisco, California.

                                           /s/ Katrina D. Adkins
                                           Katrina D. Adkins

**SERVICE LIST**
**In re: SF Oakland Bay LLC**
**United States Bankruptcy :Court, Northern District of California, Case No. 25-30699-HLB**

| | |
|---|---|
| Ryan A. Witthans<br>Stephen D. Finestone<br>On behalf of<br>SF Oakland Bay LLC<br>rwitthans@fhlawllp.com<br>sfinestone@fhlawllp.com | Peter N. Hadiaris – former counsel for the Debtor<br>peter@hadiaris.com |
| Matthew G. Bouslog<br>Rachael Tamiko Gonzales<br>On behalf of Interested Party Two Bryant Investors, LLC<br>rgonzales@allenmatkins.com<br>pmorris@allenmatkins.com<br>mbouslog@allenmatkins.com<br>ncampos@allenmatkins.com | Andrew Azarmi on behalf of Interested Party 21st Century Corporation<br>andrew.azarmi@dentons.com |
| Paul Gregory Leahy on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>Paul.Leahy@usdoj.gov | Office of the U.S. Trustee / SF<br>USTPRegion17.SF.ECF@usdoj.gov |
| Donald H. Cram, III on behalf of Interested Party Portside Homeowners' Association<br>don.cram@stinson.com | |