Donald H. Cram (State Bar Number 160004)
don.cram@stinson.com
STINSON LLP
595 Market Street
Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439

Attorneys for Appellee
PORTSIDE HOMEOWNERS' ASSOCIATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 25-30699 HLB |
| SF OAKLAND BAY LLC, | Chapter: 11 |
| Debtor. | **APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT** |

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT

**This form should be filed only if all of the following are true:**

- this appeal is pending in a district served by a Bankruptcy Appellate Panel,
- the appellant(s) did not elect in the Notice of Appeal to proceed in the District Court rather than in the Bankruptcy Appellate Panel,
- no other appellee has filed a statement of election to proceed in the district court, and
- you elect to proceed in the District Court.

## Part 1: Identify the appellee(s) electing to proceed in the District Court

1. Name(s) of appellee(s): Portside Homeowners' Association

2. Position of appellee(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❑ Plaintiff
   ❑ Defendant
   ❑ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❑ Debtor
   ❑ Creditor
   ❑ Trustee
   ☒ Other (describe) Opposing party on motion to reject executory contracts

## Part 2: Election to have this appeal heard by the District Court (applicable only in certain districts)

I (we) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 3: Sign below

_____          Date: March 6, 2026
Signature of attorney for appellee(s) (or appellee(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellee(s) if not represented by an attorney):
Donald H. Cram, Stinson LLP
595 Market St., Ste. 2600, San Francisco, CA 94105
(415) 398-3344