Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:    (415) 421-2624
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com

Attorneys for SF Oakland Bay LLC
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 25-30699-HLB |
| SF OAKLAND BAY LLC | Chapter 11 |
| Debtor-in-Possession. | **DEBTOR'S STATUS CONFERENCE STATEMENT** |
| | Hearing: |
| | Date:    April 2, 2026 |
| | Time:    10:00 a.m. |
| | Place:   Courtroom 19 |
| |                450 Golden Gate Ave. |
| |                San Francisco, CA 94102 |
| | ***OR VIA ZOOM WEBINAR*** |

Debtor-in-possession, SF Oakland Bay LLC (the "Debtor"), submits the following status conference statement to update the Court on developments since the most recent hearings in the case.

**The Decision on Debtor's Motion to Reject the License Agreements:**

On February 19, 2026, the Court entered its Order Denying Debtor's Motion to Reject Executory Contract (ECF 115), which effectively prevents Debtor from raising parking rates for the condominium owners beyond the artificially low rates capped by the License Agreements.

STATUS CONF STATEMENT                                                                                                    1

Case: 25-30699    Doc# 146    Filed: 03/26/26    Entered: 03/26/26 23:07:43    Page 1 of 4

Debtor appealed the Court's decision and elected to proceed in front of the Bankruptcy Appellate Panel (ECF 118). On March 9, 2026, the Portside Homeowners' Association ("PHOA"), elected to proceed in the District Court (ECF 125). The parties have not yet heard from the District Court and have no idea what the briefing schedule will be for the appeal.

**Events Since the Hearing on the Motion to Reject the License Agreements:**

After announcing its decision to deny the Motion to Reject, the Court encouraged the parties to see if a resolution might nonetheless be reached. As with its conduct prior to the hearing, the PHOA, led by its directors, has proceeded to take steps to destroy the Debtor and its business.

Outside of Court, the PHOA has lobbied with the police department to force Debtor to obtain a permit to operate, though one was never required before. The PHOA has also interceded with the local government to demand that Debtor bring back valet services, which were withdrawn several years ago. Both of these efforts are designed to drive up Debtor's costs, forcing it to either borrow additional funds or obtain an equity investment.

In Court, PHOA directed its controlled entity, the Portside Master Owners' Association ("PMOA"), which is represented by the same law firm as PHOA, to further attack Debtor by filing a Motion for Allowance and Payment of Administrative Claim (ECF 119) and a Motion for Relief from Stay (ECF 133). Debtor has opposed the motion regarding the purported administrative claim and will be opposing the motion seeking relief from stay. Both matters will be heard on April 2, 2026.

Despite the disappointing outcome of the Motion to Reject, which Debtor is challenging on appeal, Debtor is pressing forward with alternatives to increase its income and raise funds in order to reorganize. These steps will be discussed in the opposition to the Motion for Relief from Stay. Within the next 14 days, Debtor will be seeking to employ at least two new professionals (one legal, one non-legal) to lead these alternatives.

Debtor proposes a deadline of May 31, 2026, for it to file its plan and disclosure statement. By this time, the alternatives will be in motion and Debtor will be better able to

Case: 25-30699    Doc# 146    Filed: 03/26/26    Entered: 03/26/26 23:07:43    Page 2 of 4

project increased income and additional proceeds to fund its plan. As with everything it has attempted to do in this case, Debtor anticipates that PHOA/PMOA will oppose Debtor's efforts.

Dated March 26, 2026          FINESTONE HAYES LLP

_/s/ Stephen D. Finestone_
Stephen D. Finestone
Attorneys for the Debtor

STATUS CONF STATEMENT      3

<h1 style="text-align:center;"><strong><u>CERTIFICATE OF SERVICE</u></strong></h1>

Pursuant to controlling General Orders and Local Bankruptcy Rules, undersigned counsel certifies that service of the foregoing was accomplished by the court via NEF and link to the document. On February 5, 2026, I checked the CM/ECF notifications for this action and determined that the following persons received the documents by NEF as stated below:

Andrew Azarmi on behalf of Interested Party 21st Century Corporation
andrew.azarmi@dentons.com

Matthew G. Bouslog on behalf of Interested Party Two Bryant Investors, LLC
mbouslog@allenmatkins.com, ncampos@allenmatkins.com

Donald H. Cram, III on behalf of Interested Party Portside Homeowners' Association
don.cram@stinson.com

Stephen D. Finestone on behalf of Debtor SF Oakland Bay LLC
sfinestone@fhlawllp.com

Rachael Tamiko Gonzales on behalf of Interested Party Two Bryant Investors, LLC
rgonzales@allenmatkins.com, pmorris@allenmatkins.com

Peter N. Hadiaris – former counsel for the Debtor
peter@hadiaris.com

Paul Gregory Leahy on behalf of U.S. Trustee Office of the U.S. Trustee / SF
Paul.Leahy@usdoj.gov

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Ryan A. Witthans on behalf of Debtor SF Oakland Bay LLC
rwitthans@fhlawllp.com

Dated March 26, 2026

FINESTONE HAYES LLP

*/s/ Stephen D. Finestone*
Stephen D. Finestone
Attorneys for SF Oakland Bay LLC
Debtor-in-Possession

STATUS CONF STATEMENT

4