# U.S. Bankruptcy Appellate Panel
## of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220



**FILED**

**MAR 25 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**In Re:** SF OAKLAND BAY LLC

**Bk. Ct. No.:** 25-30699

**BAP No.:** NC-26-1070

**ADV. NO.:**

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to District Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Cecil Lizandro Silva, Deputy Clerk
Date: March 24, 2026

Please acknowledge receipt of
the case file listed above.
Dated: 3-25-2026

Signed:_____
District Court Deputy

Assigned District Court No.
C26-02590JD

cc: Bankruptcy Court
  All Parties

Case: 25-30699    Doc# 147    Filed: 03/25/26    Entered: 03/27/26 07:52:01    Page 2 of 3

## Benjamin Gapuz

**From:** CANBECF
**Sent:** Tuesday, March 24, 2026 10:16 AM
**To:** Lorena Parada; Benjamin Gapuz; Da'Wana Chambers; canbml_DOC; Cecilia Malabanan
**Subject:** FW: 26-1070 SF Oakland Bay LLC v. Portside Homeowners Association, et al "Case closed" (25-30699)

---

**From:** BAPCA09Filings@ca9.uscourts.gov <BAPCA09Filings@ca9.uscourts.gov>
**Sent:** Tuesday, March 24, 2026 5:15:26 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CANBECF <canbecf@canb.uscourts.gov>
**Subject:** 26-1070 SF Oakland Bay LLC v. Portside Homeowners Association, et al "Case closed" (25-30699)

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### U. S. Bankruptcy Appellate Panel for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 03/24/2026 at 10:15:17 AM Pacific Daylight Time and filed on 03/24/2026

**Case Name:** SF Oakland Bay LLC v. Portside Homeowners Association, et al
**Case Number:** 26-1070

**Docket Text:**
CLOSED: Case closed: Election without judicial action; 03/24/2026; 26-1070; Transferred by election. (CLS)

**Notice will be electronically mailed to:**

BkCt, San Francisco
Matthew G Bouslog, Attorney
Mr. Michael James Coffino, Senior Counsel
Mr. Donald H Cram, III, Attorney
Stephen Davis Finestone
Ryan Andrew Witthans

Case: 25-30699   Doc# 147   Filed: 03/25/26   Entered: 03/27/26 07:52:01   Page 3 of 3