Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com

Attorneys for SF Oakland Bay LLC
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 25-30699-HLB |
| SF OAKLAND BAY LLC | Chapter 11 |
| Debtor-in-Possession. | **JOINT STATUS STATEMENT REGARDING ADEQUATE PROTECTION PAYMENT** |
| | <u>Hearing:</u><br>Date:   April 30, 2026<br>Time:   10:00 a.m.<br>Place:   Courtroom 19<br>          450 Golden Gate Ave.<br>          San Francisco, CA 94102 |
| | ***OR VIA ZOOM WEBINAR*** |

Debtor-in-possession SF Oakland Bay LLC (the "Debtor") and Portside Master Owners' Association ("PMOA") submit this joint status statement to update the Court on developments since the most recent hearings in the case.

1.    On April 2, 2026, the Court heard PMOA's motions for payment of administrative expense and for relief from stay. Docket Nos. 119 (administrative expense motion), 133 (motion for relief from stay).

JOINT STATUS STATEMENT                                                                                      1

Case: 25-30699   Doc# 165   Filed: 04/17/26   Entered: 04/17/26 09:32:37   Page 1 of 3

2. The Court continued the hearings to April 30, 2026, at 10:00 a.m., to allow the parties time to attempt to negotiate an adequate protection payment, among other things.

3. Following the hearings, the parties negotiated in good faith regarding an appropriate monthly adequate protection payment. Unfortunately, the parties have reached an impasse.

4. The Debtor suggests that the adequate protection payment be set at $8,000 per month. This is based on (and slightly exceeds) the initial PMOA monthly dues of $3,450.03 per month in or about October 1997, adjusted by the consumer price index as calculated by the U.S. Bureau of Labor Statistics, which results in $7,233.69.[1]

5. PMOA proposes a monthly adequate protection payment in the amount of $17,870 beginning in April 2026. This figure represents the monthly assessment amount (exclusive of security, electricity pass-through expenses) at the time Debtor purchased the garage condominium in 2011 based upon its due diligence (as opposed to 14 years before Debtor's ownership as suggested), adjusted based upon a CPI of 1.59, the rate license fees have increased. PMOA further requests that the automatic stay remaining in effect be conditioned upon Debtor making monthly adequate protection payments and granting PMOA the ability to restore its stay relief motion to the Court's calendar in the event Debtor fails to pay the monthly adequate protection amount. PMOA further requests that any order reflect that its acceptance of adequate protection payments is without prejudice to its rights to claim the full assessment and reimbursement amounts Debtor owes to PMOA under the terms of the CC&Rs.

6. The parties request that the Court take the matter under submission, enter an order setting the monthly adequate protection payment amount, and vacate the upcoming hearings currently set for April 30, 2026, at 10:00 a.m.

* * *

---

[1] Available at https://www.bls.gov/data/inflation_calculator.htm. The date range is October 1997 through March 2026 because April data is not available as of the date of this status statement.

JOINT STATUS STATEMENT 2

Case: 25-30699    Doc# 165    Filed: 04/17/26    Entered: 04/17/26 09:32:37    Page 2 of 3

Dated April 17, 2026                    FINESTONE HAYES LLP


                                        */s/ Ryan A. Witthans*
                                        Ryan A. Witthans
                                        Attorneys for SF Oakland Bay LLC


Dated April 17, 2026                    STINSON LLP


                                        */s/ Donald H. Cram*
                                        Donald H. Cram
                                        Attorneys for PORTSIDE MASTER
                                        OWNERS' ASSOCIATION

JOINT STATUS STATEMENT                                                    3