Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com

Attorneys for SF Oakland Bay LLC
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 25-30699-HLB |
| SF OAKLAND BAY LLC | Chapter 11 |
| Debtor-in-Possession. | **APPLICATION TO EMPLOY LAND SURVEYORS FOR THE DEBTOR** |
| | **NO HEARING REQUESTED** |

Debtor-in-possession SF Oakland Bay LLC (the "Applicant") submits this Application to

employ Martin M. Ron Associates, Inc. ("MMRA") as a land surveyor pursuant to §§ 327 and

328(a),[1] Bankruptcy Rule 2014, and the *Guidelines for Compensation and Expense*

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure and "B.L.R." references are to the Bankruptcy Local Rules for the Northern District of California.

APP TO EMPLOY LAND SURVEYOR                                                          1

*Reimbursement of Professionals and Trustees* made effective on February 19, 2014 (the "Guidelines").

In support of this Application, the Applicant represents as follows:

1. On September 3, 2025, the Applicant filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. ECF 1.

2. During this Chapter 11 case, Applicant sought to reject certain license agreements between itself and Portside Homeowners' Association ("PHOA") concerning the operation of its garage property.

3. The motion to reject the licenses was denied by the Court and is the subject of a pending appeal.

4. In light of the decision, Debtor began exploring alternative ways to increase the value of its property and generate a return for creditors. One possible approach is for the Debtor to obtain the ability to create individual condominium parking spaces within its garage, which it can then sell to generate proceeds.

5. In connection with this effort, Debtor needs to retain the services of land surveyors and real estate land use counsel.

6. MMRA is a long-established land surveying company. It started in 1969 and is located in San Francisco. It has been involved in dozens of public and private projects in San Francisco and has considerable experience with condominium projects.

7. MMRA is headed up by Benjamin Ron and David Ron, the son and grandson of MMRA's founder, Martin Ron. Both Benjamin Ron and David Ron will manage the project for the Debtor.

8. The work on the project will be divided up into various phases: i) creation of a tentative map; ii) creation of a final map; and iii) creation of a condominium plan for the parking spaces.

9. MMRA has agreed to flat fees for these various phases as follows:

    a. Tentative Map, including the preparation of the tentative map package - $24,088;

APP TO EMPLOY LAND SURVEYOR      2

Case: 25-30699   Doc# 166   Filed: 04/17/26   Entered: 04/17/26 15:40:31   Page 2 of 4

b. Final Map - $15,100

c. Condominium Plan - $43,000.

10. Debtor believes the fees outlined above are reasonable and competitive, and that fixed fee agreements are standard in the engagement of land surveyors.

11. MMRA is a "disinterested person" as defined by § 101(14), as modified by § 1107(b). Neither the company, nor any of its members or employees, have any connection with the Applicant, any creditors of the estate, any party in interest, their attorneys or accountants, any judge of this Court, the United States Trustee, or any person employed in the office of the United States Trustee. Furthermore, neither the Firm, nor any of its members or employees, represent any interest adverse to the Applicant or the estate.

12. This Application is concurrently submitted to the Office of the United States Trustee.

For the reasons stated above, the Applicant respectfully requests that this Court approve the employment of MMRA as its land surveyor to render services as described above, with compensation to be paid as an administrative expense at the fixed fees set forth above, subject to the Court's approval.

Dated April 17, 2026                        SF Bay Oakland LLC

_/s/ Joseph Chua_
Joseph Chua as President of the Managing Member of the
Debtor-in-Possession

Dated: April 17, 2026                        FINESTONE HAYES LLP

By:_/s/ Stephen D. Finestone_
Stephen D. Finestone
Counsel for Debtor

APP TO EMPLOY LAND SURVEYOR                                                3

Case: 25-30699   Doc# 166   Filed: 04/17/26   Entered: 04/17/26 15:40:31   Page 3 of 4

## CERTIFICATE OF SERVICE

Pursuant to controlling General Orders and Local Bankruptcy Rules, undersigned counsel certifies that service of the foregoing was accomplished by the court via NEF and link to the document. On October 15, 2025, I checked the CM/ECF notifications for this action and determined that the following persons received the documents by NEF as stated below:

Andrew Azarmi on behalf of Interested Party 21st Century Corporation
andrew.azarmi@dentons.com

Matthew G. Bouslog on behalf of Interested Party Two Bryant Investors, LLC
mbouslog@allenmatkins.com, ncampos@allenmatkins.com

Donald H. Cram, III on behalf of Interested Party Portside Home Owner Association
don.cram@stinson.com

Stephen D. Finestone on behalf of Debtor SF Oakland Bay LLC
sfinestone@fhlawllp.com

Rachael Tamiko Gonzales on behalf of Interested Party Two Bryant Investors, LLC
rgonzales@allenmatkins.com, pmorris@allenmatkins.com

Peter N. Hadiaris on behalf of Debtor SF Oakland Bay LLC
peter@hadiaris.com

Paul Gregory Leahy on behalf of U.S. Trustee Office of the U.S. Trustee / SF
Paul.Leahy@usdoj.gov

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Ryan A. Witthans on behalf of Debtor SF Oakland Bay LLC
rwitthans@fhlawllp.com

Dated April 17, 2026                    FINESTONE HAYES LLP

                                        /s/ Stephen D. Finestone
                                        Stephen D. Finestone

APP TO EMPLOY LAND SURVEYOR                                                    4