

**Signed and Filed: April 17, 2026**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 25-30699 HLB |
| | ) |
| SF OAKLAND BAY LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER REGARDING MOTION FOR RELIEF FROM STAY (DKT. 133) AND MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM (DKT. 119)**

This case is scheduled to come before the court on April 30, 2026 for a continued hearing on two motions filed by Portside Master Owners' Association ("PMOA"): (1) a motion for relief from stay;[1] and (2) a motion for allowance and payment of an administrative claim.[2] Debtor SF Oakland Bay LLC opposed both motions;[3] PMOA replied.[4] The court continued the hearing on the motions from April 2, 2026 to give the parties an opportunity to negotiate the amount and terms of a monthly payment to be made by

---

[1] Dkt. 133 (the "MRFS").

[2] Dkt. 119 (the "Admin. Motion").

[3] Dkt. 148 (Opposition to MRFS) and Dkt. 137 (Opposition to Admin. Motion).

[4] Dkt. 149 (Reply ISO MRFS) and Dkt. 144 (Reply ISO Admin. Motion).

Debtor to PMOA to protect PMOA's interest while Debtor appeals the court's order of February 19, 2026.[5]

On April 17, 2026, the parties filed a joint status conference statement[6] explaining that, while they tried in good faith to reach an agreement, they were unable to do so. The parties asked the court to enter an order and vacate the April 30 hearing.

According to their status conference statement, PMOA would like Debtor to pay $17,870/month. Debtor offers $8,000/month. The court believes a payment of $10,000/month will fairly protect PMOA while allowing Debtor to expeditiously prosecute its appeal.

Accordingly, the court **ORDERS** as follows:

1. Within 5 calendar days following entry of this order, Debtor shall pay PMOA **$10,000**, and shall continue to pay $10,000 to PMOA each month until the court orders otherwise, no later than the fifth calendar day of each month. PMOA must receive payment in full by the deadline specified in this order for such payment to be considered timely.

2. If Debtor fails to make any payment required by this order on time or in full, PMOA shall have relief from stay under 11 U.S.C. § 362(d)(1) upon its filing of a declaration attesting to Debtor's noncompliance and its submission of an order consistent with this order and its MRFS, which the court will enter without further notice or hearing.

3. The Admin. Motion is hereby **DENIED WITHOUT PREJUDICE**.

---

[5] Dkt. 115.

[6] Dkt. 165.

Case: 25-30699   Doc# 168   Filed: 04/17/26   Entered: 04/17/26 16:17:33   Page 2 of 4

**4.** The April 30 hearing is hereby **VACATED.**

**\*\*END OF ORDER\*\***

<u>**Court Service List**</u>