

Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com

Attorneys for SF Oakland Bay LLC
Debtor-in-Possession

**Signed and Filed: April 29, 2026**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 25-30699-HLB |
| SF OAKLAND BAY LLC | Chapter 11 |
| Debtor-in-Possession. | **ORDER GRANTING APPLICATION TO EMPLOY SPECIAL COUNSEL FOR THE DEBTOR** |

On April 21, 2026, the Debtor filed and caused to be served an Application to Employ Special Counsel for the Debtor (ECF 171) and the supporting Declaration of Jay F. Drake (ECF 172).  Upon due consideration and good cause appearing therefor, it appearing that notice was adequate under the circumstances and no opposition having been filed, the Court orders as follows:

ORDER RE APP TO EMPLOY SPECIAL COUNSEL

Case: 25-30699   Doc# 175   Filed: 04/29/26   Entered: 04/29/26 14:44:36   Page 1 of 3

1. The Debtor is authorized to employ Reuben, Junius & Rose, LLP. ("RJR") as its special counsel in this case pursuant to the terms set forth in the application to employ.

2. RJR shall filed applications for approval of fees and expenses in accordance with 11 U.S.C. §§ 326-331 (as applicable); Fed. R. Bankr. Proc. 2016(a), 2002(a), (c) and (k); B.L.R. 9014-1(b)(1); and the Northern District's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees (available on the court website at http://www.canb.uscourts.gov/). Fee applications that do not comply with the foregoing authority may be denied.

3. All compensation to RJR is subject to approval by this Court.

** END OF ORDER **

Case: 25-30699    Doc# 175    Filed: 04/29/26    Entered: 04/29/26 14:44:36    Page 2 of 3

**Court Service List:**

ECF Participants Only

ORDER RE APP TO EMPLOY SPECIAL COUNSEL 3