Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.: (415) 421-2624
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com

Attorneys for SF Oakland Bay LLC
Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>SF OAKLAND BAY LLC<br><br>Debtor-in-Possession. | Case No. 25-30699-HLB<br><br>Chapter 11<br><br>**DEBTOR'S STATUS CONFERENCE STATEMENT**<br><br>Hearing:<br>Date: August 13, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 19<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br><br>***OR VIA ZOOM WEBINAR*** |

Debtor-in-possession, SF Oakland Bay LLC (the "Debtor"), submits the following status conference statement to update the Court on matters in the case.

**Adequate Protection Payments:**

In response to a motion seeking relief from stay and allowance of an administrative claim filed by creditor Portside Master Owners' Association ("PMOA"), the Court entered an order on April 17, 2026, (ECF 168) requiring Debtor to pay $10,000 within five days of entry of the order

and continue paying PMOA $10,000 by the fifth day of each month. Debtor has timely made all payments required by the adequate protection order including the payment for August 2026.

**Pending Appeals:**

**The Bankruptcy Court Ruling:**

The Court denied Debtor's motion to reject its contracts with Portside Homeowners' Association ("PHOA") (ECF 115). Debtor timely appealed the order. PHOA elected to have the matter handled by the District Court. The appeal is fully briefed, with Debtor's reply brief filed on July 14, 2026. Debtor does not know whether the District Court will hold an oral argument on the appeal and is uncertain as to the timing of a decision.

**The State Court Ruling:**

Prior to its bankruptcy filing, Debtor sued PMOA in state court, asserting claims for breach of contract, violation of the Davis Stirling Act (concerning condominium management), and breach of fiduciary duty. The state court ruled against the Debtor and in favor of the PMOA. Debtor timely appealed that decision. Debtor retained special counsel to represent it in the appeal of the state court ruling (ECF 182). Debtor filed its opening brief on May 25, 2026. PMOA has twice sought extensions to file its opening brief.

**Operating Reports:**

Debtor is current with the filing of its monthly operating reports.

**Development Efforts:**

To improve its financial viability, Debtor began work on a subdivision plan that would allow it to sell individual parking spaces. It retained a land surveyor (ECF 173) and special land use counsel (ECF 175) to work on the project. They continue to work on development of the subdivision project, including determining how many spaces should be converted and the location of those spaces. Any mapping process will require notice to neighbors and an opportunity to object to the proposed development. Debtor anticipates that PHOA/PMOA will oppose all of Debtor's efforts to improve its financial position, even if Debtor's doing so is at no cost or risk to PHOA/PMOA.

///



Case: 25-30699 Doc# 189 Filed: 08/06/26 Entered: 08/06/26 22:29:05 Page 2 of 4

**Litigation:**

Because PMOA/PHOA decided to try to drive Debtor out of business, including taking actions violating the automatic stay and steps to financially harm Debtor, Debtor filed a lawsuit against PMOA, PHOA and certain individuals on July 24, 2026 (Adv. Proceeding No. 26-03033). Debtor served the summons and complaint on the defendants on July 29, 2026. Responses to the complaint are due in late August.

**Potential Sale of the Debtor's Property:**

While Debtor anticipates increasing property values through the subdivision process described above, it is also looking at the potential sale of its property prior to completion of that process. Debtor negotiated an agreement with San Francisco Capital Advisors, which Debtor understands has an expertise in selling commercial properties, including parking garages, and is familiar with Debtor's property. Debtor anticipates filing an application to employ San Francisco Capital Advisors prior to the status conference.

**Plan Filing Status:**

Debtor is working on the contours of its plan of reorganization. From Debtor's perspective, it would prefer to have the development process further along before proposing its plan because plan feasibility will depend in part on the progress of the development.

Dated August 6, 2026

FINESTONE HAYES LLP

*/s/ Stephen D. Finestone*
Stephen D. Finestone
Attorneys for the Debtor



Case: 25-30699 Doc# 189 Filed: 08/06/26 Entered: 08/06/26 22:29:05 Page 3 of 4

**CERTIFICATE OF SERVICE**

Pursuant to controlling General Orders and Local Bankruptcy Rules, undersigned counsel certifies that service of the foregoing was accomplished by the court via NEF and link to the document. On August 6, 2026, I checked the CM/ECF notifications for this action and determined that the following persons received the documents by NEF as stated below:

Andrew Azarmi on behalf of Interested Party 21st Century Corporation
andrew.azarmi@dentons.com

Matthew G. Bouslog on behalf of Interested Party Two Bryant Investors, LLC
mbouslog@allenmatkins.com, ncampos@allenmatkins.com

Donald H. Cram, III on behalf of Interested Party Portside Homeowners' Association
don.cram@stinson.com

Stephen D. Finestone on behalf of Debtor SF Oakland Bay LLC
sfinestone@fhlawllp.com

Rachael Tamiko Gonzales on behalf of Interested Party Two Bryant Investors, LLC
rgonzales@allenmatkins.com, pmorris@allenmatkins.com

Peter N. Hadiaris – former counsel for the Debtor
peter@hadiaris.com

Paul Gregory Leahy on behalf of U.S. Trustee Office of the U.S. Trustee / SF
Paul.Leahy@usdoj.gov

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Ryan A. Witthans on behalf of Debtor SF Oakland Bay LLC
rwitthans@fhlawllp.com

Dated August 6, 2026

FINESTONE HAYES LLP

*/s/ Stephen D. Finestone*
Stephen D. Finestone
Attorneys for SF Oakland Bay LLC
Debtor-in-Possession



Case: 25-30699 Doc# 189 Filed: 08/06/26 Entered: 08/06/26 22:29:05 Page 4 of 4